# Exhibit 1



## Cosmo's licensee in the US Santarus receives FDA approval of UCERIS™ for the induction of remission in patients with active, mild to moderate ulcerative colitis

**Lainate, Italy – January 15, 2013** – Cosmo Pharmaceuticals, (SIX:COPN) today announced that its licensee in the USA, Santarus (NASDAQ:SNTS) announced that the U.S. Food and Drug Administration (FDA) has approved the New Drug Application (NDA) for UCERIS™ (budesonide) extended release tablets for the induction of remission in patients with active, mild to moderate ulcerative colitis. Santarus expects the commercial launch of UCERIS to begin in March 2013.

UCERIS™ contains budesonide, a corticosteroid, in a novel oral tablet formulation that utilizes proprietary MMX® multi-matrix system colonic delivery technology. The approved dosing regimen for adult patients is one 9 mg tablet taken orally once daily in the morning for up to 8 weeks. UCERIS™ was developed in collaboration with Cosmo Technologies Limited, a subsidiary of Cosmo Pharmaceuticals S.p.A.

"The FDA approval of UCERIS™ provides an important new therapeutic option to patients and physicians for the treatment of active, mild to moderate ulcerative colitis," said William J. Sandborn, M.D., chief, division of Gastroenterology, director, University of California San Diego (UCSD) IBD Center and professor of clinical medicine, UCSD Health System.  "Specifically, UCERIS™ is indicated for use in the induction of remission of active disease, an acute phase of the disease often characterized by cramping, bloating, diarrhea, bleeding, fatigue, weight loss and frequent bowel movements."

Mauro Ajani, Chairman and CEO of Cosmo Pharmaceuticals SpA, the parent of Cosmo Technologies Ltd said: "This approval documents the versatility of the MMX technology for colonic applications. Uceris™ is the only corticosteroid approved for treatment of patients with active mild to moderate ulcerative colitis in the USA. We are very pleased to have contributed to US patients' now having an important treatment option".

**About Ulcerative Colitis**
Ulcerative colitis is a form of inflammatory bowel disease (IBD) that produces inflammation and ulcers along the inside of the colon. The inflammation can interfere with the normal function of the colon, often causing cramping, bloating, diarrhea, bleeding, fatigue, weight loss and frequent bowel movements, which may also strongly affect quality of life.  It is believed that as many as 0.7 million people in the U.S. and as many as 0.9 million people in the EU have Ulcerative Colitis.

Ulcerative Colitis is a chronic relapsing-remitting illness for which there is no known cure, but with appropriate treatment patients can manage their symptoms.  However, it is estimated that up to 30% of patients with mild or moderate ulcerative colitis do not respond to aminosalicylate (5-ASA) drugs and require a different or add on therapy. Patients refractory to treatment with 5-ASA drugs typically receive a course of a systemically absorbed corticosteroid, the success of which may be limited by

significant side effects.   For moderate to severe cases of ulcerative colitis, immunosuppressant drugs or biologic drugs may be prescribed.  If the condition does not respond to pharmaceutical therapy and the symptoms are severe, the patient may be referred for surgery.

**About Cosmo Pharmaceuticals**

Cosmo is a speciality pharmaceutical company that aims to become a global leader in the field of optimized therapies for selected Gastrointestinal and topically treated Skin Disorders. The company's proprietary clinical development pipeline specifically addresses innovative treatments for IBD, such as Ulcerative Colitis and Crohn's Disease, and Colon Infections. In addition, the Company is developing  a diagnostic for the detection of colon cancer and a new chemical entity for the topical skin treatment. Cosmo's first MMX® product that has reached the market is Lialda®/Mezavant®/Mesavancol®, a treatment for IBD that is licensed globally to Giuliani and Shire Limited. Cosmo's proprietary MMX® technology is at the core of the Company's product pipeline and was developed from its expertise in formulating and manufacturing gastrointestinal drugs for international clients at its GMP (Good Manufacturing Practice) facilities in Lainate, Italy. The technology is designed to deliver active ingredients in a targeted manner in the intestines. For further information on Cosmo, please visit the Company's website: www.cosmopharma.com

**Contact: Cosmo Pharmaceuticals S.p.A.**
Dr. Chris Tanner, CFO and Head of Investor Relations
Tel: +39 02 9333 7614
ctanner@cosmopharma.com

Some of the information contained in this press release contains forward-looking statements.  Readers are cautioned that any such forward-looking statements are not guarantees of future performance and involve risks and uncertainties, and that actual results may differ materially from those in the forward-looking statements as a result of various factors. Cosmo undertakes no obligation to publicly update or revise any forward-looking statements.

# Exhibit 2

Redacted

In Its

Entirety

# Exhibit 3

REDACTED
IN ITS
ENTIRETY

# Exhibit 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COSMO TECHNOLOGIES LIMITED, VALEANT
PHARMACEUTICALS INTERNATIONAL, and
VALEANT PHARMACEUTICALS
LUXEMBOURG S.À R.L.,

          Plaintiffs,

          v.

LUPIN LTD. and LUPIN
PHARMACEUTICALS, INC.,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 15-669-LPS

## DECLARATION OF ROBERTA BOZZELLA

I, Roberta Bozzella declare as follows:

1.     I am currently employed by Cosmo SpA, an affiliate of Cosmo Technologies Ltd., ("Cosmo") and have been employed by Cosmo since January 7, 2002. Unless otherwise stated, I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2.     ████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████

██████████████████████

3.     ████████████████████████████

████████████████████████████

4.     ████████████████████████████

████████████

5. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████

6.   Based on my time as a Cosmo employee and on my experiences attending meetings like the one identified in ████████████████████ Cosmo would not have shared information regarding the MMX formulation technology with outside consultants without an understanding that the information would be kept confidential.

7.   Uceris® employs MMX formulation technology.

8.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2016 in Lainate, Italy.

Roberta Bozzella

2

# Exhibit 5

# Graham Buckton

## BPharm, AKC, C.Dir, PhD, DSc, CChem, FRSC,  FAPS, FAAPS, FRPharmS

### 1) Personal Details

**Name:**  Graham Buckton          **Date of Birth:** 30.4.60     **Status:** Married, 2 children

**Nationality:**  British          **Born:** Brighton, Sussex.

### 2) Fellowship/Membership of Professional Bodies/Associations:

The Royal Pharmaceutical Society of Great Britain **made a Fellow in April 1997**;
The Royal Society of Chemistry **made a Fellow in 1997**;
American Association of Pharmaceutical Scientists **made a Fellow in 1997;**
Academy of Pharmaceutical Sciences **made a Fellow in 2009.**
Member of MENSA. (lapsed)

Associations/Clubs – The Athenaeum. The Worshipful Society of Apothecaries.  MCC. North Hants Golf Club.

### 3) Awards/Honours

2012 Freedom of the City of London.

2003 Science Chairman for the British Pharmaceutical Conference.

2000 First recipient of the Academy of Pharmaceutical Sciences Medal, for services to UK Pharmaceutical Sciences (relating to the establishment of the APS by negotiating a merger between the previously competing activities of "UKAPS" and the "Pharmaceutical Sciences Group").

1998 Stig Sunner Award, presented by the USA Calorimetry Conference "in recognition of research and contributions to thermodynamics and thermochemistry" to a scientist under the age of 40.

1998 Foss Near Infra red European Users Group award for best new work in near-IR spectroscopy

1993 British Pharmaceutical Conference Science Medal

1992 Pfizer Award for "excellence in published research", granted for "imaginative use of thermodynamic principles in the understanding and design of drug delivery systems". The Pfizer Awards are not open to application, and are given on the basis of review of published literature by senior Pfizer scientists, and senior academic advisers

## 4) Education

**Institute of Directors2012 Diploma in Company Direction**

**Institute of Directors 2012 Certificate in Company Direction.**

**University of London 1997   Doctor of Science** for research work in pharmaceutical materials science.

**King's College (KQC), University of London, Manresa Road.**
September 1982 - August 1985  _**Ph.D.**_ Title: Assessment of the wettability of powders
1985-1987  _Associate of King's College_ (AKC) Examined course in Philosophy (part time)

**Chelsea College, University of London, Manresa Road.**
September 1978 - June 1981.  _**B.Pharm**_. (Hons.)

**Varndean Sixth Form College, Brighton, Sussex.**
September 1976 - July 1978;  AO level - Human Biology; 3 A levels - Mathematics, Chemistry and Physics.

**Brighton Secondary Technical School.**
September 1971 - July 1976, June 1975 3 O levels;   June 1976 8 O levels

## 5)  Present Employment

**Managing Director of Buckton Consulting**

**Emeritus Professor of Pharmaceutics, UCL School of Pharmacy, University of London and**

5.1) Academic

Research

I have an active research group and collaborate with colleagues to supervise research at UCL School of Pharmacy and Nottingham University

The work relates to materials science applied to pharmaceutical processing and drug delivery systems, notably those for inhalation and oral delivery.  Further details are presented below.

Examining:

Chair of the MPharm exam board (2002- 2012)

Past-chair of the exam boards for MSc subjects.

Numerous PhD degrees (in recent years venues in clude: LSOP, Kings College London, Imperial College, Nottingham, Cardiff, Bradford, Brighton, Portsmouth, Manchester, Aston, Grenwich, Canterbury,  Uppsala (Sweden), Copenhagen, Oslo).

I have been / am MPharm examiner at Queens University of Belfast, Cardiff, Nottingham, Kings College, University of Colombo, Sri Lanka, and Robert Gordon University

Previously MSc examiner Kings College London and MSc Industrial Pharmacy, University of Brighton.

5.2 Buckton Consulting (a part of Brighton City Property Ltd)

Consultancy service covering:
1) pharmaceutical physical form, formulation development, GMP manufacturing and regulatory considerations.
2) Company strategic review and management
3) Due diligence
4) Expert witness

I act as a consultant to industrial companies in UK, mainland Europe, middle east and USA. This is a diverse role involving advice on materials science, formulation (inhalation and oral products), regulatory, and as an expert witness in patent litigation.

## 6) Previous employment

Pharmaterials Ltd

I founded Pharmaterials Ltd in 2000 to transfer advanced materials characterisation techniques into a commercial contract service.   I developed the company to cover preformulation, especially salt and polymorph selection, formulation development (oral and inhalation) and GMP clinical trial manufacture in a large purpose built facility in Reading UK.  The % of my time linked to this activity expanded (to 70%) to keep pace with the needs of the success of a growing enterprise.

Pharmaterials operates on a fee for service basis and has grown through profits on income.

Pharmaterials won the Queen's Award for Enterprise in 2008 for international trade.

At the time of my departure  36 staff were employed.

In keeping with the success of the business,  the majority stake in Pharmaterials was sold to PII in January 2008.  The remaining stake was sold in September 2012 at hich stage I exited from my role as Chief Executive of the company, where I acted to directly oversee the strategic and business planning, financial management, business development, staffing and resource provision.


**School of Pharmacy, University of London, 29-39 Brunswick Square, London WC1N 1AX 1988 - 2015**

January 2001 – April 2007  Head of Department of Pharmaceutics.

Management and Leadership

 Of the School

As Head of Department much of my time was spent discussing the management of the School, including preparations for previous and future research assessment exercise, teaching quality audit, day-to-day management and strategic directions.

Internal committees:
>    Member of School Council. Member of the following committees of Council: Finance, Nominations, Governance, Fellowship  and Honorary Degrees, Audit Committee.
>    Other School Committee work: Academic Board, Policy and Resources Executive, Policy and Resources, Research Strategy Task Force,   Academic Standards, Undergraduate Studies Management Group, Pharmacy Advisory, Library and Information Services, Joint Committee of Academic Board and Students, Higher Degrees, Taught Postgraduate Studies.

*Of the Department of Pharmaceutics*

Pharmaceutics had 13 fte academic staff, and some 70 research staff/PhDs, also 5 technicians, and support services (workshop and wash-up).  In my time as Head all bar 1 member of academic staff was either appointed or promoted.

I managed the staff development and infrastructure for the departmental activities, to maximise the productivity, whilst working within strict financial limits.

I appointed senior industrialists to positions of visiting professor to develop strategy for direction and funding.

Teaching:

Instigator of MSc in Drug Delivery (developed concept and course, then transferred to staff to manage)

Provide direction for all teaching in Pharmaceutics through regular reviews with staff, informed by staff views and course review reports.  Allocate staff to lead the Pharmaceutics teaching in each semester, manage projects and dissertations, and the examination processes.

I was part of the small design team that initiated the review of the BPharm, to produce a matrix management teaching structure (of course coordinators and heads of departments) to allow better subject integration.  I was part of the group that assigned subjects to semesters and planned the curriculum, I was one of the first course coordinators.  This structure was expanded to form the basis of the existing MPharm.


**Previous positions at the School of Pharmacy, University of London**

July 1998  Professor of Pharmaceutics;
May 1995 Reader in Pharmaceutics;
February 1991 Senior Lecturer in Pharmaceutics;
September 1988 Lecturer in Pharmaceutics;

**Lecturer in Pharmacy (Pharmaceutics)**
Chelsea Department of Pharmacy, King's College (KQC), University of London, Manresa  Road, London, SW3 6LX.
October 1984 - September 1988
**Advanced Drug Delivery Research unit, Ciba-Geigy  Pharmaceuticals, Horsham.**
July to December 1987 (Secondment)

**Charing Cross Hospital, Fulham Palace Road, London.**
August 1981 - July 1982.  Pre-registration pharmacist

**Community Pharmacy Locum work** (1982-1988)

## 7) External activities

*Currently*

Member of the Chemistry, Pharmacy and Standards Subcommittee of CHM (2005-)

Member of the United States Pharmacopoeia Expert Group on Physical Methods (20010-)

Steering Committee of The Handbook of Pharmaceutical Excipients

Editorial Board of Recent Patents on Drug Delivery and Formulation. Advances in Pharmaceutics.

*Previously:*

British Pharmacopoeia Commissioner (2004-2010)

Member of the BP committee on pharmacy (2005-2012)

Member of a European Pharmacopoeia Working Party (2008-2010)

Member of Committee on Safety of Medicines until it was disbanded in 2005.

Chairman of Chemistry, Pharmacy and Standards sub-committee of CSM and member of this committee previously.

Editor of International Journal of Pharmaceutics (1999-2009)

Editorial board member of: Pharmaceutical Research, The AAPS Journal, AAPS PharmSci Tech

Course organiser for RPSGB residential meeting on "Tabletting Technology" (Every year 1989 - 2004)

Member of the Committee of the Pharmaceutical Sciences Group of the Royal Pharmaceutical Society, now the Academy of Pharmaceutical Sciences (1994 - 2001)

Chairman of the RPSGB Pharmaceutical Sciences Group  (1995-7).

Member of the RPSGB Science Committee and also British Pharmaceutical Conference Committee (during period 1995-2003)

Chairman for 1997 AAPS/RPSGB Arden House Conference (Europe).  Faculty member for Arden House USA.

Member of IUPAC Commission on Thermodynamics task group – Calibration of calorimeters.

The first Chairman of the Academy of Pharmaceutical Sciences of Great Britain (1999-2000).

Chairman for the 2005 AAPS/APS/RPSGB Arden House Conference (Europe), Planning committee Arden House USA.  (First person to have chaired this prestigious meeting twice).

Course organizer / Planning Committee member for numerous international conferences across Europe.

## 8) Research

The central theme of my research is to investigate the behaviour of materials of pharmaceutical importance in terms of their molecular and interfacial properties and to relate such behaviour to processing and drug delivery.

Current work is diverse in application, ranging from fundamental studies on surfaces, through the adaptation of physical properties of powders by crystallisation and physical manipulation (e.g. milling), to the preparation and characterisation of dosage forms (solid oral / inhalation).  A major part of my work centres on investigations of powder / water interactions. The implications of powder / water interactions are manifold, influencing many aspects, including product (solid and liquid dosage forms) preparation, usage (e.g. drug release), and stability (microbiological, chemical and physical).  With such diverse applications, the scope of this research grows with each experiment, new avenues are constantly discovered.

## 8.1) Grants obtained

1987 Glaxo Group Research fully funded PhD student (Effect of processing and chemical structure on surface energetics)  ca £25,000.
1987 Ciba-Geigy Advanced Drug Delivery Research fully funded PhD student (Binding of opsonising proteins to drug conjugates) ca£23,000.
1987 Glaxo Group Research £2,500 to purchase equipment.
1987 Lilly Research Ltd.  Gift of computing equipment (value £6,000).
1988 Wellcome Foundation Ltd.  £10,000 for equipment.
1988 Wellcome Foundation Ltd.  £1,000 for work on surface energetics of polymorphs.
1988 Wellcome Foundation Ltd.  Fully funded PhD student (Crystal engineering and surface energetics) ca£23,000.
1988 SERC CASE - Lilly Research Centre Ltd. PhD student, The stability of inhalation aerosols, plus ongoing gifts of equipment ca £28,000.
1988 Upjohn Ltd. Summer studentship  £1000.

1988  Wellcome Foundation Ltd. Summer studentship  £1000.
1988  Lilly Research Centre Ltd,  Two summer studentships £2000.
1988  Wellcome Foundation Ltd., Fully funded PhD student  £25,000
1988  SERC/ CASE award with Beecham  Pharmaceuticals, £25,000
1989  Wellcome Foundation Ltd. £1,876 towards equipment.
1989  Wellcome Trust Summer Studentship £622
1989  Lilly Research Summer Project (£750)
1990  British Council Travel Award to visit University of Athens (£2800).
1990   SERC/CASE award with MSD,  Computer modelling as a means of predicting powder properties. £30,000
1991  The Wellcome Trust, £29,639 to purchase a microcalorimeter.
1992  The Wellcome Foundation £33,000 for PhD studentship
1992  Thermometric Ltd. - £12,000 of calorimetric equipment.
1993   The Wellcome Foundation Ltd.  - £15,000 for employment of a research Technician.
1993   School of Pharmacy studentship for PhD studies, with collaborative funding obtained from MSD (£30,000).
1993 SERC/CASE award with MSD (£30,000.
1993 The Wellcome Trust, Characterisation of powder surface properties, with application  to inhaled drug delivery, £100,515
1994 Roche Products Ltd., Surface properties of powders in relation to tabletting. ca £40,000 over 3 years.
1994 EPSRC ROPA award (the first of such awards to be made), £47,940 for the purchase of a microcalorimeter.
1994 The Wellcome Foundation, £750 towards maintenance of the microcalorimeter.
1994 Pharmacia Farmitalia, £4,000 towards the cost of a project on bioadhesion.
1994 SERC/CASE award, SB Pharmaceuticals - molecular structure, crystal packing         and physico-chemical properties of drugs.(£40,000)
1994 Wellcome Foundation, gift of equipment and software for instrumentation of  atabletting machine ca £10,000..
1995 Merck, West Point, USA, £43,000 over 3 years to study drug-surfactant interactions.
1995 Pfizer Central Research, £43,000 over 3 years to study powder mixing.
1995 SB Pharmaceuticals, industrial CASE allocation, to study spray granulation.
1996 Glaxo-Wellcome, £43,500 over 3 years to study microfluidisation technologies.
1996 Mendell ca £21,000 for studies on microcrystalline cellulose.
1997 Astra Charnwood £45,000 over 3 years to study surfactant systems
1997  SB/Roche/Pfizer  £190,000  over  3  years  to  develop  inverse  phase  gas chromatography
1997 EPSCR/MSD Case project ca £45,000 over 3 years to study drying processes.
1997 Mendell £25,000 for further studies on microcrystalline cellulose.
1997 Mendell £7,500 for calorimetry accessories.
1998 ICI, application of isothermal microcalorimetry £60,000
1998 Core Technologies, post-doctoral worker on hydrogel technology, ca £65,000
1998 Elan Pharmaceuticals, post-doctoral worker on surfactant systems, ca£65,000
1998 Pfizer Central Research, PhD on powder mixing, £50,000
1998 Industrial BBSRC/CASE award from SB pharmaceuticals, £50,000
1998 RPSGB Award to Sarah Hogan for PhD studentship, ca £45,000
1999 Novartis studies of dry powder inhaler design £69,000
1999 EPSRC CASE with SB Pharmaceuticals- powder surface charactersiation    £48,000

2000 BBSRC committee student to study stabilisation of solid state macromolecules £60,000.
2001 EPSRC/GSK  - £20,550 to fund study of Dynamic vapour sorption technique
2001 AstraZeneca - £50,000 to fund study on Modification of surfaces of  microparticles for inhalation
2001 GSK - £20,550 to fund investigations into predicting physical stability of amorphous compounds
2001 EPSRC - £192,271 to fund study of preparation and characterisation of amorphous pharmaceutical blends from libraries of polymers
2001 Schering Plough - £50,000 The effect of milling process on crystalline materials.
2002 Pfizer Central Reseacrh £150,000 to fund Centre for Paediatric Pharmacy (with Ian Wong)
2003 AstraZeneca – 45,000 First  studentship rolling scheme.
2002   £4000 bench fee for visiting scientist (Dr Ohta from Japan)
2003 Meiji Seika Daisha Ltd – £7,000 Bench fee for visiting Scientist
2004 Pfizer Central Research £60,000 for PhD student on inhalation formulation.
2005 EPSRC Academic Fellowship Scheme, £125,000 for Solid state DNA vaccine particles for inhaled drug delivery. (5 year fellowship jointly funded by School), with Prof Alpar.
2005 BBSRC £50,000 for establishment of distance learning MSc in Drug Delivery.
2005 Astra Zeneca ca £60,000 for PhD student on the stability of pressurized metered dose inhalers
2006 Pfizer Central Research ca £80,000 for PhD student on Process Analytical Technology
2006 Maplethorpe post doctoral grant – surface energy determination using AFM and IGC c £80,000.
2012 EPSRC DTC with Uni of Nottingham, Pfizer, AZ, GSK and other £1,950,000.
2014 EPSRC DTC with Nottingham £11,800,000

## 8.2) Publications

### 8.2.1) Single authored book

Interfacial phenomena in drug delivery and targeting.

G.Buckton, Harwood Academic Press, Amsterdam, (1995).  Part of the series in Targeting and Drug Delivery

### 8.2.2) Book

Pharmaceutical Thermal Analysis (2nd Edition)
J Ford, P.Timmins and G.Buckton.  (2001) Taylor and Francis.

### 8.2.3) Full Papers

1) Assessment of the wettability and surface-energy of a  pharmaceutical powder by liquid penetration.
G.Buckton and J.M.Newton, (1985), J. Pharm. Pharmacol., 37, (9): 605-609.

2)  The significance of contact angles measured on surfaces that  have undergone plastic deformation.

G.Buckton and J.M.Newton, (1986), in Gorrod,J.W., Gibson,G.G., and Mitchard,M., (Eds.), Development of Drugs and Modern Medicine, Ellis Horwood, Southampton, pp421-424.

3) Assessment of the wettability of powders by use of compressed powder discs.
G.Buckton and J.M.Newton, (1986), Powder Technol., <u>46</u>, (2-3): 201-208.

4) Liquid penetration as a method of assessing the wettability and surface energy of pharmaceutical powders.
G.Buckton and J.M.Newton, (1986), J. Pharm. Pharmacol., <u>38</u>, (5): 329-334

5) A vacuum microbalance technique for studies on the wettability of powders.
G.Buckton, A.E.Beezer and J.M.Newton, (1986), J. Pharm. Pharmacol., <u>38</u>, (10): 713-720.

6) The potential value of dielectric response measurements in the assessment of the wettability of powders.
G.Buckton, L.A.Dissado, R.M.Hill and J.M.Newton, (1987), Int. J. Pharm., <u>38</u>, (1-3): 1-7.

7) A microcalorimetric study of powder surface energetics.
G.Buckton and A.E.Beezer, (1988), Int. J. Pharm., <u>41</u>, (1-2) 139-145.

8) <u>In vitro</u> dissolution of some commercially available sustained release theophylline preparations.
G.Buckton, D.Ganderton and R.Shah, (1988), Int. J. Pharm., <u>42</u>, (1-3): 35-39.

9) Preservation of oral solid dosage forms.
T.C.Blair, G.Buckton and S.F.Bloomfield, (1988), in Bloomfield, S.F., Leech,R., Baird,R. and Leak,R., (Eds.), Microbial Quality Assurance of Pharmaceuticals, Cosmetics and Toiletries, Ellis Horwood, Southampton, pp104-118.

10) Effect of comminution technique on the surface energy of a powder.
G.Buckton, A.Choularton, A.E.Beezer and S.M.Chatham, (1988), Int. J. Pharm. <u>47</u>, (1-3): 121-128.

11) The assessment, and pharmaceutical importance, of the solid / liquid and the solid / vapour interface: a review with respect to powders. Invited review.
G. Buckton, (1988) Int. J. Pharm., <u>44</u>, (1-3): 1-8.

12) Structure-activity relationships for solubility and wettability of a number of substituted barbituric acids.
G.Buckton and A.E.Beezer (1989) Thermochimica Acta., <u>138</u>, (2): 319-326

13) <u>In vitro</u> dissolution testing of oral controlled release preparations in the presence of artificial foodstuffs. I) Exploration of alternative methodology: microcalorimetry.
L.J.Ashby, A.E.Beezer and G.Buckton, (1989), Int. J. Pharm., <u>51</u>, (3): 245-251.

14) <u>In vitro</u> dissolution testing of oral controlled release preparations in the presence of artificial foodstuffs. II) Probing drug / food interactions using microcalorimetry.
G.Buckton, A.E.Beezer, S.M.Chatham and K.K.Patel, (1989), Int J Pharm., <u>56</u>, (2): 151-157.

15) The use of surface-energy values to predict optimum binder selection for granulations.

L.Zajic and G.Buckton, (1990), Int. J. Pharm., <u>59</u>, (2): 155-164.

16) Contact-angle, adsorption and wettability - a review with respect to powders. Invited review.
G.Buckton, (1990), Powder Technol., <u>61</u>, (3): 237-249.

17) Modelling drug release from hydrophobic matrices by use of thermodynamic activation parameters.
M.Efentakis and G.Buckton,(1990), Int. J. Pharm., <u>60</u>, (3): 229-234.

18) Particle growth in aqueous suspension: the influence of surface-energy and polarity.
S.A.Young and G.Buckton, (1990), Int. J. Pharm., <u>60</u>, (3): 235-241.

19) Polyoxyethylene - polyoxypropylene block copolymers: a novel phase transition in aqueous solution of Pluronic F87.
N.Mitchard, A.E.Beezer, N.Rees, J.Mitchell, S.Leharne, B.Chowdhry and G.Buckton, (1990), J.Chem. Soc., Chem. Commun. (13): 900-901.

20) The use of thermodynamic activation parameters and compensation analysis to model drug release from hydrophobic matrices.
G.Buckton and M.Efentakis, (1990), Int. J. Pharm., <u>62</u>, (2-3): 157-163.

21) The interaction of various types of microcrystalline cellulose and starch with water.
T.C.Blair, G.Buckton, A.E.Beezer and S.F.Bloomfield, (1990), Int. J. Pharm., <u>63</u>, (3): 251-257.

22) The role of compensation analysis in the study of wettability, solubility, disintegration and dissolution.
G.Buckton, (1990), Int. J. Pharm., <u>66</u>, (1-3): 175-182.

23) Problem based learning - a valuable approach to pharmaceutical education.
G.Buckton and I.P.Bates, (1991), Int. Pharm. J., <u>5</u>: 7-13.

24) Modelling drug release from matrix formulations by use of thermodynamic activation parameters and extrathermodynamics.
G.Buckton, M.Efentakis and Z.Hussain, (1991), Eur. J. Pharm. Biopharm., <u>37</u>, (3):154-158.

25) Solution thermodynamics of 4-hydroxybenzoates in water, 95 % ethanol / water, 1-octanol and hexane.
A.E.Beezer, G.Buckton, S.Forster, W-B.Park and G.J.Rimmer, (1991), Thermochimica Acta, <u>178</u>: 59-65.

26) Spreading coefficients: the practical application of surface energy and polarity data. Invited review.
G.Buckton, (1991), Pharmakeftiki, <u>3</u>: 145-149.

27) The influence of surfactants on drug release from a hydrophobic matrix.
M.Efentakis, H.Al-Hmoud, G.Buckton and Z.Rajan, (1991), Int. J. Pharm., <u>70</u>, (1-2): 153-158.

28) On the mechanism of kill of microbial contaminants during tablet compression.
T.C.Blair, G.Buckton and S.F.Bloomfield, (1991), Int. J. Pharm., <u>72</u>, (2): 111-115.

29) The effect of surface treatment on the values of contact angles measured on a compressed powder surface.
I.O.Odidi, J.M.Newton and G.Buckton, (1991), Int. J. Pharm., 72, (1): 43-49.

30) The importance of chain-length on the wettability and solubility of organic homologs.
S.Forster, G. Buckton and A.E.Beezer, (1991), Int. J. Pharm., 72, (1): 29-34.

31) Sustained release (SR) theophylline preparations: A review of biopharmaceutical influences on in vivo and in vitro drug absorption / release data. Invited review.
G. Buckton, (1991), J. Biopharm. Sci., 2 : 81-96.

32) Pharmaceutical microcalorimetry: a selective review.  Invited review.
G.Buckton, S.Russell and A.E.Beezer, (1991), Thermochim. Acta, 193: 195-214

33) The applications of  microcalorimetry to the field of physical pharmacy.
G.Buckton and A.E.Beezer, (1991), Int. J. Pharm., 72, (3): 181-191 (Invited review).

34) Surface analysis of pharmaceutical powders.  I) X-ray photoelectron spectroscopy (XPS) related to powder wettability.
G.Buckton, R.Bulpett and N. Verma, (1991), Int. J. Pharm., 72, (2):157-162.

35) The influence of surfactants on drug release from acrylic matrices.
G.Buckton, M.Efentakis, H.Al-Hmoud and Z.Rajan, (1991), Int. J. Pharm., 74, (2-3): 169-174.

36) Observations on the biopharmaceutical importance of chain-length in pharmaceutically related compounds.
G.Buckton, A.E.Beezer, S.P.Denyer and S.J.Russell, (1991), Int. J. Pharm., 73, (1): 1-7.

37) NMR evidence for novel phase transition in aqueous solutions of pluronic-F87 (poloxamer 237).
A.E.Beezer, J.C.Mitchell, N.H.Rees, J.K.Armstrong, B.Z.Chowdhry, S.Leharne and G.Buckton, (1991), J. Chem. Res. (9): 254-255.

38) Safety aspects of non-ionic surfactant vesicles: A toxicity study related to the physico-chemical characteristics of non-ionic surfactants.
H.E.J.Hofland, J.A.Bouwstra, J.C.Verhoef, G.Buckton, B.Z.Chowdhry, M.Ponec and H.E.Junginger, (1992), J. Pharm. Pharmacol.,44, (4): 287-294.

39) The use of high sensitivity differential scanning calorimetry to characterise dilute aqueous dispersions of surfactants.
G.Buckton, B.Z.Chowdhry, J.K.Armstrong, S.A.Leharne, J.A.Bouwstra and H.E.J.Hofland, (1992), Int. J. Pharm., 83, (1-3): 115-121.

40) The extent of errors associated with contact angles obtained using liquid penetration results.
G.E.Parsons, G.Buckton and S.M.Chatham, (1992), Int. J. Pharm., 82, (1-2): 45-150.

41) The estimation and application of surface energy data for powdered systems.
G.Buckton, (1992), Drug Dev. Ind. Pharm., 18, (11-12): 1149-1167, Invited Review.

42) Drug release from gel bases: A case for enthalpy-entropy compensation.
G.Buckton and S.Tamburic, (1992), J. Cont. Rel., 20, (1): 29-36.

43) The use of surface energy and polarity determinations to predict the physical stability of non-polar non-aqueous suspensions.
G.E.Parsons, G.Buckton and S.M.Chatham, (1992), Int. J. Pharm., 83, (1-3): 163-170.

44) The influence of four selected processing and formulation factors on the production of spheres by extrusion and spheronisation.
J.F.Pinto, G.Buckton and J.M.Newton, (1992), Int. J. Pharm., 83, (1-3): 187-196.

45) Temperature effects on the dissolution of promethazine hydrochloride from hydroxypropylmethylcellulose matrix tablets: the role of compensation analysis.
G.Buckton, (1992), Eur. J. Pharm. Biopharm., 38, (5): 172-173.

46) High sensitivity scanning microcalorimetry study of phase transitions in dilute solutions of polyoxyethylene-polyoxypropylene block copolymers.
A.E.Beezer, N.Mitchard, J.C.Mitchell, J.K.Armstrong, B.Z.Chowdhry, S.A.Leharne and G.Buckton, (1992), J. Chem. Res., (7): 236-238.

47) The relationship between particle size and solubility.
G.Buckton and A.E.Beezer, (1992), Int. J. Pharm., 82, (3):  R7-10.

48) The effect of surfactant charge on drug release from acrylic matrices.
M.Efentakis, G.Buckton and H. Al-Hmoud, (1992), STP Pharma Sciences, 4: 332-336.

49) Thermodynamic analysis of scanning calorimetric transitions observed for dilute aqueous solutions of ABA block copolymers.
N.Mitchard, A.E.Beezer, J.C.Mitchell, J.K.Armstrong, B.Z.Chowdhry, S.Leharne and G.Buckton, (1992), J. Phys. Chem., 96, (23): 9507-9512.

50) Assessment of the wettability of pharmaceutical powders.
G.Buckton, (1993), J. Adhesion Sci. Technol., 7, (3): 205-219. Invited Review.

51) Factors influencing the mechanism of release from sustained-release matrix pellets, produced by extrusion / spheronisation.
C.Tapia, G.Buckton and J.M.Newton, (1993), Int. J. Pharm., 92, (1-3): 211-218

52) Comparison of measured wetting behaviour of materials with identical surface energies, presented as particles and plates.
G.E.Parsons, G.Buckton and S.M.Chatham, (1993), J. Adhesion Sci. Technol., 7, (2): 95-104.

53) Isothermal stability of dilute aqueous solutions of block copolymers of polyoxyethylene-polyoxypropylene-polyoxyethylene.  A microcalorimetric study of pluronic F 87 (poloxamer 237) and pluronic F88 (poloxamer P238).
J.J.Irwin, A.E.Beezer, J.C.Mitchell, G.Buckton, B.Z.Chowdhry, D.Eagland and N.J.Crowther (1993), J. Phys. Chem., 97, (9): 2034-2036.

54) Swelling studies on mixtures of two hydrophilic excipients.
E.Papadimitriuo, G.Buckton, M.Efentakis and N.Choulis, (1993), STP Pharma Sciences, 3: 232-236.

55) Probing the mechanisms of swelling of hydroxypropylmethylcellulose matrices.

E.Papadimitriuo, G.Buckton and M.Efentakis, (1993), Int. J. Pharm., 98, (1-3): 57-62.

56) Consideration of adhesion to modified container walls, by use of surface energy and polarity data, and Lewis acid - Lewis base interactions.
G.Buckton and B.Chandaria, (1993) Int. J. Pharm., 94, (1-3): 223-229.

57) Assessment of the wettability of pharmaceutical powders.
G.Buckton, (1993), in Mittal,K.L. (Ed.), Contact Angle, Wettability and Adhesion, VSP, Netherlands, pp 437-451.

58) Pharmaceutical preformulation
G.Buckton, (1994), in W.Lund, (Ed.), The Pharmaceutical Codex: Principles and Practice of Pharmaceutics, 12th Edn., The Pharmaceutical Press, London, pp178-197.

59) An investigation into the structure and properties of Carbopol 934 gels using dielectric spectroscopy and oscillatory rheometry.
D.Q.M.Craig, A.Tamburic, G.Buckton and J.M.Newton, (1994), J. Cont. Rel., 30, (3): 213-223.

60) The use of isothermal microcalorimetry in the study of changes in crystallinity induced during the processing of powders.
L-E. Briggner, G.Buckton, K.Bystrom and P Darcy, (1994), Int. J. Pharm., 105, (2): 125-135.

61) The extent of errors associated with contact angles.  II. Factors affecting data obtained using a Wilhelmy plate technique for powders.
P.L.Sheridan, G.Buckton and D.E.Storey, (1994), Int. J. Pharm., 109, (2): 155-171.

62) The interaction of albumin and drugs with 2  hemofiltration membranes.
C.A.Oborne, G.Buckton and N.Barber, (1994), J. Clin. Pharm. Therapeutics., 19, (2): 119-126.

63) The use of high sensitivity differential scanning calorimetry to characterise dilute aqueous dispersions of surfactants. 2. Further studies on polyoxyethylene alkyl ethers.
G.Buckton, J.K.Armstrong, B.Z.Chowdhry, S.Leharne and A.E.Beezer, (1994), Int. J. Pharm., 110, (2): 179-187.

64) The controlled crystallization of a model powder: I) The effects of altering the stirring rate and the supersaturation profile, and the incorporation of a surfactant (Poloxamer 188).
A.J.Mackellar, G.Buckton, J.M.Newton, B.Z.Chowdhry and C.A.Orr., (1994) Int. J. Pharm., 112, (1): 65-78.

65) The controlled crystallisation of a model powder: II) Investigation into the mechanism of action of poloxamers in changing crystal properties.
A.J.Mackellar, G.Buckton, J.M.Newton and C.A.Orr., (1994), Int. J. Pharm., 112, (1): 79-85.

66) Wilhelmy plate contact angle data on powder compacts: Fractal geometry considerations of plate perimeter.
A.Chawla, G.Buckton, K.M.G.Taylor, J.M.Newton and M.C.R.Johnson, (1994),Eur. J. Pharm. Sci., 2, (3): 253-258.

67) Characterisation of powder surfaces: Understanding sources of variability in products.
G.Buckton, (1994), In Karsa,D.R. and Stephenson,R.A., (Eds.), Excipients and Delivery Systems for Pharmaceutical Formulations, Royal Society of Chemistry, pp59-74.

68) Application of isothermal microcalorimetry in the pharmaceutical sciences.
G.Buckton, (1995), (invited review) Thermochimica Acta, 248: 117-129.

69) The influence of a phase transition in poly(oxyethylene) / poly(oxypropylene) / poly(oxyethylene) surfactants on adsorption behaviour from dilute aqueous solution.
D.Carthew, G.Buckton, G.E.Parsons and S.Poole, (1995), Pharm. Sci., 1: 3-5.

70) Preservation of oral solid dosage forms.
T.C.Flatau, S.F.Bloomfield and G.Buckton (1996), in R.M.Baird and S.F.Bloomfield,  (Eds.), Microbial Quality  Assurance of Pharmaceuticals, Cosmetics and Toiletries, 2nd Edn., Ellis Horwood, Southampton, pp113-132.

71) The extent of errors associated with contact angles. III. The influence of surface roughness effects on angles measured using a Wilhelmy plate technique for powders.
G.Buckton, P.Darcy and D.McCarthy, (1995), Colloids and Surfaces A: Physicochemical and Engineering Aspects, 95, (1): 27-35.

72) The use of isothermal microcalorimetry in the study of changes in crystallinity of spray dried salbutamol sulphate.
G.Buckton, P.Darcy, D.Greenleaf and P.Holbrook., (1995), Int. J. Pharm., 116, (1): 113-118.

73) Surface characterisation: Understanding sources of variability in the production and use of pharmaceuticals (British Pharmaceutical Conference Science Award Medal manuscript).
 G.Buckton, (1995) J. Pharm. Pharmacol., 47, (4): 265-275.

74) Modelling mucoadhesion by use of the Lewis acid-Lewis base approach to surface energy determination.
M.Rillosi and G.Buckton, (1995) Int. J. Pharm., 117, (1): 75-84.

75) The use of isothermal microcalorimetry in the study of small degrees of amorphous content of powders.
G.Buckton, P.Darcy and A.J.Mackellar, (1995), Int. J. Pharm., 117, (2): 253-256.

76) Modelling mucoadhesion by use of the Lewis acid-Lewis base approach to surface energy determination. II.Studies on anionic, cationic and unionisable polymers.
M.Rillosi and G.Buckton, (1995), Pharm. Res., 12, (5):  669-675.

77) A relationship between surface free energy and polarity data and some physical properties of spheroids.
J.Pinto, G.Buckton and J.M.Newton, (1995), Int. J. Pharm., 118, (1): 95-101.

78) Development of a flow microcalorimetry method for the assessment of the surface properties of powders.
P.L.Sheridan, G.Buckton and D.E.Storey, (1995), Pharm. Res., 12., (7): 1025-1030.

79) The influence of additives on the recrystallisation of amorphous spray dried lactose.
G.Buckton and P.Darcy, (1995), Int. J.Pharm., 121., (1):  81-87.

80) Investigations of the relationship between surface energy terms and the thermodynamics of transfer of drugs into sodium dodecyl sulphate micelles.

S.Mall, G.Buckton, T.Gregori and D.A.Rawlins, (1995), J. Phys. Chem., 99, (20): 8356-8361.

81) The use of gravimetric studies to assess the degree of crystallinity of predominantly crystalline powders.
G.Buckton and P.Darcy, (1995), Int. J. Pharm., 123., (2): 265-271.

82) Microcalorimetric investigation of the interaction of a surfactant (oleic acid) onto crystalline and partially crystalline salbutamol sulphate in non-aqueous suspension.
P.M.Blackett and G.Buckton, J. Mater. Sci. Letters, (1995), 14, (17): 1182-1184.

83) A microcalorimetric study of surfactant aggregation and surfactant-drug interaction in a model inhalation aerosol system.
P.M.Blackett and G.Buckton, (1995), Int. J. Pharm., 125, (1): 33-139.

84) The use of molecular orbital indices to predict the surface properties of pharmaceutical powders.
P.L.Sheridan, G.Buckton and D.E.Storey, (1995), Int. J. Pharm., 125., (1): 141-149.

85) Non-ionic surfactant vesicles and colloidal targeting delivery systems: The role of surfactant conformation.
G. Buckton, In Karsa,D.R. and Stephenson,R.A., (Ed.) Chemical Aspects of Drug Delivery Systems, Royal Society of Chemistry, 1995, pp77-88.

86) A microcalorimetric investigation of the interaction of surfactants with crystalline and partially crystalline salbutamol sulphate in a model inhalation aerosol system.
P.M.Blackett and G.Buckton, (1995), Pharm. Res., 12, (11): 1689-1693.

87) The use of isothermal microcalorimetry in the study of small degrees of amorphous content of a hydrophobic powder.
H.Ahmed, G.Buckton and D.A.Rawlins, (1996), Int. J. Pharm., 130, (2): 195-201.

88) Dissolution behaviour of sulphonamides into sodium dodecyl sulphate micelles: a thermodynamic approach.
S.Mall, G.Buckton and D.A.Rawlins, (1996), J. Pharm. Sci., 85, (1):  75-78.

89) Slower dissolution rates of a drug (sulfamerazine) in aqueous sodium dodecyl sulphate solutions than in water.
S.Mall, G.Buckton and D.A.Rawlins, (1996) Int. J. Pharm., 131, (1):  41-46.

90)  Water mobility in amorphous lactose below and close to the glass transition temperature
G.Buckton and P.Darcy, (1996), Int. J. Pharm., 136, (1-2): 141-146..

91) A comparison of two contact angle methods and inverse gas chromatography to assess the surface energies of caffeine and theophylline
J.W.Dove, G.Buckton and C.Doherty, (1996), Int. J. Pharm., 138, (2): 199-206.

92) The effect of temperature on the surface nature of an adsorbed layer of poly(oxyethylene)-poly(oxypropylene)-poly(oxyethylene) block copolymers.
D.L.Carthew, G.Buckton, G.E.Parsons and S.Poole,  (1996) Pharm. Res., 13, (11): 1730-1733.

93) Dynamic surface tension studies of hydroxypropylmethylcellulose film coating solutions.

G.Buckton and E. Ocha Machiste, (1996) Int. J. Pharm., 145, (1-2): 197-202.

94) The interaction between hydroxypropylmethylcellulose and sodium dodecyl sulphate
G.Buckton, A.Kee and M. Efentakis, (1996), Pharm. Sci., 2: 561-562.

95) Characterisation of small changes in the physical properties of powders of significance for
dry powder inhaler formulations.
G.Buckton, (1997) Adv. Drug Del. Rev., 26, (1):17-27.

96) The influence of a phase transition in poly(oxyethylene) / poly(oxypropylene) /
poly(oxyethylene) block copolymer surfactants on the properties of material adsorbed from
dilute aqueous solution.
D.L.Carthew, G.Buckton, G.E.Parsons and S.Poole, (1997), J. Adhesion, 63, (1-3): 89-98.

97) Differences between dynamic and equilibrium surface tension of poly(oxyethylene)-
poly(oxypropylene)-poly(oxyethylene) block copolymer surfactants (Poloxamers P407, P237
and P338) in aqueous solution.
G.Buckton and E. Ocha Machiste,  (1997) , J. Pharm. Sci.,  86, (2):  163-166.

98) The use of thermal techniques to assess the impact of feed concentration on the amorphous
content and polymorphic forms present in spray dried lactose.
O.C.Chidavaenzi, G.Buckton, F.Koosha and R.Pathak, (1997) Int. J. Pharm., 159, (1): 67-74.

99) Predicting interaction of powders in binary mixes from their surface energy components.
N.M.Ah Fat, G.Buckton, R.Burrows and M.Ticehurst, (1997) Int. J. Pharm., 156, (1): 89-95.

100) The influence of heating/drying on the crystallisation of  amorphous lactose after structural
collapse
P.Darcy and G.Buckton, (1997) Int. J. Pharm., 158, (2): 157-164.

101) The formation of an inclusion complex of methocarbamol with hydroxypropyl-
$\beta$ cyclodextrin: the effect on chemical stability, solubility and dissolution rate.
E.Antoniadou-Vyza, G.Buckton, S.G.Michaleas, Y.L.Loukas and M.Efentakis, (1997) Int. J.
Pharm., 158,  (2): 233-240.

102) Crystallisation of partially amorphous griseofulvin in water vapour: determination of
thermodynamic and kinetic parameters using isothermal heat conduction microcalorimetry.
H.Ahmed, G.Buckton and D.A.Rawlins, (1998), Int. J. Pharm., 167, (1-2): 139-146.

103) Quantitative assessments of powder crystallinity: Estimates of heat and mass transfer to
interpret isothermal microcalorimetry data.
Patricia Darcy and Graham Buckton,(1998), Thermochimica Acta, 316, (1): 29-36

104)  Modelling mucoadhesion by use of surface energy terms obtained by the Lewis acid-
Lewis base approach.  III. An interaction between teflon and carbopol.
G.Buckton and M.Cappuccinello, (1998) Pharm. Res.. 15, (3): 502-503.

105) Crystallisation of bulk samples of partially amorphous spray-dried lactose.
P.Darcy and G.Buckton (1998), Pharm. Dev. Technol., 3, (4): 503-507.

106) Conversions between different amorphous states and crystal polymorphs of significance for inhalation systems.
G.Buckton in R.N. Dalby, P.R.Byron and S.J. Farr (Eds.) Resp. Drug Del. VI  (1998), Interpharm Press, 145-152.

107) The use of near infra-red spectroscopy to detect changes in the form of amorphous and crystalline lactose.
G.Buckton, E.Yonemochi, J.Hammond and A.Moffat, (1998) Int. J. Pharm., 168, (2): 231-242.

108) Assessment of  disorder in crystalline powders - a review of analytical techniques and their application.
G.Buckton and P.Darcy, (1999) Int. J. Pharm., 179, (2): 141-158.

109) Differences in crystallization behaviour between quenched and ground amorphous ursodeoxycholic acid.
E. Yonemochi, Y.Inoue, G.Buckton, A.Moffat, T.Oguchi and K.Yamamoto. (1999) Pharm. Res., 16, (6): 835-840.

110) Water sorption and near IR spectroscopy to study the difference between microcrystalline cellulose and silicified microcrystalline cellulose, before and after wet granulation.
G.Buckton, E.Yonemochi, W.L.Yoon and A.C.Moffat. (1999) Int. J. Pharm., 181, (1):  41-48.

111) A high sensitivity differential scanning calorimetry study of the interaction between poloxamers and dimyristoylphosphatidylocholine and dipalmitoylphosphatidylcholine liposomes.
J.D.Castile, K.M.G.Taylor and G.Buckton, (1999) Int. J. Pharm., 182, (1): 101-110.

112) Isothermal microcalorimetry and inverse phase gas chromatography to study small changes in powder surface properties
G.Buckton, J.W. Dove and P.Davis, (1999), Int. J. Pharm., 193, (1): 13-19.

113) Isothermal microcalorimetry water sorption experiments: Calibration issues
G.Buckton. (2000) Thermochimica Acta. 347, (1-2): 63-71,

114) An exploration of inter-relationships between contact angle, inverse phase gas chromatography and triboelectric charging data.
N.M.Ahfat, G.Buckton, R.Burrows and M.D.Ticehurst. (2000)  European Journal of Pharm. Sci., 9,  (3): 271-276.

115) Near IR spectroscopy to quantify the silica content and difference between silicified microcrystalline cellulose and physical mixtures of microcrystalline cellulose and silica.
G.Buckton and E.Yonemochi. (2000) Eur. J. Pharm. Sci., 10, (1):  77-80.

116) The novel combination of dynamic vapour sorption gravimetric analysis and near infra-red spectroscopy as a hyphonated technique.
R.A.Lane and G.Buckton, (2000) Int. J. Pharm., 207, (1-2): 49-56.

117) The quantification of small degrees of disorder in lactose using solution calorimetry.
S.E.Hogan and G.Buckton, (2000) Int. J. Pharm., 207, (1-2): 57-64

118) The application of near infrared spectroscopy and dynamic vapour sorption to quantify low amorphous contents of crystalline lactose. S.E.Hogan and G.Buckton (2001) Pharm Res., 18, (1): 112-116.

119) The effect of co-spray drying with polyethylene glycol 4000 on the crystallinity and physical form of lactose
O.C .Chidavaenzi,  G. Buckton and   F. Koosha , (2001), Int. J. Pharm., 216, (1-2): 43-49.

120) Potential Applications of Microcalorimetry for the Study of Physical Processes in Pharmaceuticals
S. Gaisford and G. Buckton (2001) Thermochimica Acta, 380, (2): 185-198.

121) The use of inverse phase gas chromatography to measure the surface energy of crystalline, amorphous and recently milled lactose.
H.E. Newell, G. Buckton, D.A. Butler, F. Thielmann  and DR Williams, (2001) Pharm Res., 18, (5): 662-666.

122) The influence of incubation temperature and surfactant concentration on the interaction between dimyristoylphosphatidylcholine liposomes and poloxamer surfactants.
J.D. Castile, K.M.G. Talor and G. Buckton, (2001) Int, J. Pharm., 221, (1-2): 197-209.

123) The use of inverse phase gas chromatography to study the change of surface energy of amorphous lactose as a function of relative humidity and the processes of collapse and crystallisation.
H.E. Newell, G. Buckton, D.A .Butler, F. Thielmann, D.R. Williams, (2001), Int. J. Pharm., 217, (1-2): 45-56.

124) Water sorption/desorption-Near IR and calorimetric study of crystalline and amorphous raffinose
S.E. Hogan and G. Buckton, (2001), Int. J. Pharm., 227, (1-2): 57-69.

125) Characterizing physical forms of powders: Impact and advances.
G..Buckton (2001), Pharm. Tec. Eur.,13: 44-55.

126) The imidazole catalysed hydrolysis of triacetin: an inter- and intra-laboratory development of a test reaction for isothermal heat conduction microcalorimeters used for determination of both thermodynamic and kinetic parameters.
A.E. Beezer, A.K. Hills, M.A.A..O'Neill, A.C. Morris, K.T.E..Kierstan, R.M. Deal, L.J. Waters, J. Hadgraft, J.C. Mitchell, J.A. Connors, J.E. Orchard, R.J .Willson, T.C. Hofelich, J. Beaudin, G. Wolf, F..Baitalow, S. Gaisford, R.A. Lane, G. Buckton, M.A. Phipps, R.A. Winneke, E.A. Schmidtl, L.D. Hansen, D. O'Sullivan, M.K. Parmar, (2001) Thermochimica Acta, 380, (2): 3-17.

127) A study of the crystallisation of amorphous salbutamol sulphate using water vapour sorption and near infrared spectroscopy.
A. Columbano, G. Buckton and P. Wikeley (2002) Int. J. Pharm., 237, (1-2): 171-178.

128) The effect of erosion and swelling on the dissolution of theopylline from low and high viscocity sodium alginate matrices
M. Efentakis and G. Buckton (2002) Pharm. Dev. Technol. 7, (1): 69-77

129) The effect of alkylpolyglycoside surfactants on the crystallisation of spray dried salbutamol sulphate: a gravimetric-near infrared spectrometry study
A. Columbano, G. Buckton and P. Wikeley  (2002) AAPS Pharm Sci. 4 , (3): article 16.

130) Solid state properties, G.Buckton, in Pharmaceutics the Science of Dosage Form Design 2nd Edition, (2002) M.E.Aulton (Ed), Churchill Livingstone, London.  p141-151.

131) The effect of spray drying feed temperature and subsequent storage conditions on  the physical form of lactose.
O. C. Chidavaenzi, G. Buckton  and F. Koosha (2002) AAPS Pharm. Sci. Tech., 3 (4): 37.

132) Characterisation of surface modified salbutamol sulphate-alkylpolyglycoside microparticles prepared by spray-drying.
A. Columbano, G. Buckton  and P. Wikeley (2003) Int. J. Pharm., 253, (1-2): 61-70.


133) Inverse gas chromatography: Considerations about appropriate use for amorphous and crystalline powders
O. Planinsek and G. Buckton (2003) J Pharm Sci, 92, (6): 1286-1294

134) Quantification of amorphous content in mixed systems: amorphous trehalose with lactose
D. Al-Hadithi G. Buckton and S. Brocchini, (2004) Thermochimica Acta., 417, (2): 193-199

135) The use of high speed differential scanning calorimetry (Hyper DSCTM) to study the thermal properties of carbamazepine polymorphs.
C. McGregor, M.H. Saunders, G. Buckton and R.D. Saklatvala, (2004) Thermochimica Acta., 417, (2): 231-237

136) Determination of the changes in surface energetics of cefditoren pivoxil as a consequence of processing induced disorder and equilibrium to different relative humidities.
M. Ohta and G. Buckton, (2004) Int. J. Pharm., 269, (1): 81-88.

137) The use of inverse gas chromatography to assess the acid-base contributions to surface energies of cefditoren pivoxil and methacrylate copolymers and possible links to instability.
M. Ohta and G. Buckton  (2004)  Int J Pharm,272: 121-128.

138) The potential of high speed DSC (Hyper-DSC) for the detection and quantification of small amounts of amorphous content in predominantly crystalline samples.
M.H.. Saunders, K. Podluii, S. Shergill, C. Blatchford, G. Buckton and P. Royall. (2004)  Int J Pharm, 274, (1-2): 35-40.

139) The use of dynamic vapour sorption and near infra-red spectroscopy (DVS-NIR) to study the crystal transitions of theophylline and the report of a new solid-state transition,
K.L. Vora,  G. Buckton and D. Clapham (2004), Eur. J. Pharm. Sci., 22, (2-3): 97-105.

140)  Inverse gas chromatography: Investigating whether the technique preferentially probes high energy sites for mixtures of crystalline and amorphous lactose
H.E. Newell and G. Buckton.  (2004) Pharm. Res. , 21, (8): 1440-1444.

141) The use of inverse phase gas chromatography to study the glass transition temperature of a powder surface.

G. Buckton, A. Amberkane and K. Pincott, (2004) Pharm. Res., 21, (9): 1554-1557

142) Approaches to determine the enthalpy of crystallisation, and amorphous content, from isothermal microcalorimetry data.
S.E. Dilworth, G. Buckton, S. Gaisford  and R. Ramos.  (2004) Int. J. Pharm., 284, (1-2): 83-94

143) The crystallisation of a model hydrophobic drug (terfenadine) following exposure to humidity and organic vapours.
R.M. Samra and G. Buckton. (2004) Int. J. Pharm., 284, (1-2): 53-60

144) Bilayer to micelle transition of DMPC and alcohol ethoxylate surfactants studied by isoperibol calorimetry.
L..Barriocanal, K.M.G. Taylor and G. Buckton (2005) J Pharm. Sci. 94 (8): 1747-1755

145) A study of the differences between two amorphous spray-dried samples of cefditoren pivoxil which exhibited different physical stabilities
M. Ohta and G. Buckton. (2005) Int. J. Pharm., 289,  (1-2): 31-38.

146) A study of liposome formation using solution (isoberibol) calorimeter
L. Barriocanal, K.M.G..Taylor and G. Buckton (2004) Int. J. Pharm., 287, (1-2): 113-121.

147) Stability assessment of pharmaceuticals by isothermal microcalorimetry: two component systems.
C.V. Skarai, S. Gaisford, M.A.A. O'Neill, G. Buckton and A.E. Beezer (2005) Int. J. Pharm., 292, (1-2): 127-135.

148) Calorimetric study of bovine serum albumin dilution and adsorption onto polystyrene particles.
 M.J. Pollitt, G. Buckton, S. Brocchini, H.O. Alpar, Int. J. Pharm., (2005) 298 (2): 333-338

149) The use of microcalorimetry in stress testing.
G. Buckton and S. Gaisford in S.W. Baertschi (Ed) Pharmaceutical Stress Testing, Taylor and Francis,  New York, 2005. pp327-354.

150) A comparison of high speed differential scanning calorimetry (Hyper-DSC) and modulated differential scanning calorimetry to detect the glass transition of polyvinyl pyrrol idone: the effect of water content and detection sensitivity in powder mixtures (a model formulation)
R.D. Saklatvala, M.H. Saunders, S. Fitzpatrick and G. Buckton  (2005) J Drug Del. Sci Technol. 15 , (4): 257-260

151) Formation and characterization of porous indomethacin-PVP coprecipitates prepared using solvent-free supercritical fluid processing.
K. Gong, R. Viboonkiat, J..A. Darr, I.U. Rehman and G. Buckton,  (2005) J. Pharm. Sci. 94 , (12): 2583-2590

152)  A comparison of chemical reference materials for solution calorimeters
R. Ramos, S. Gaisford, G. Buckton, P.G. Royall, B.T.S. Yff, M.A.A. O'Neill, (2005) Int. J. Pharm 299: 1-2) 73-83

153) Calorimetric determination of amorphous content in lactose:  a note on the preparation of calibration curves

R. Ramos, S. Gaisford and G. Buckton, (2005) Int. J. Pharm. 300 , (1-2): 13-21

154) The hygroscopicity of moisture barrier film coatings
E. Mwesigwa, G. Buckton, A.W. Basit, (2005) Drug Dev Ind Pharm. 13 , (10): 959-968

155) The use of precursor polymers to prepare new excipients
J. Fletcher, A. Godwin, E. Pedone, B. Jahangeer, G. Buckton and S. Brocchini
(2005) J. Drug Del. Sci. Tech. 15 , (4): 295-299

156) Hyper DSC studies of amorphous polyvinylpyrrolidone in a model wet granulation system
G. Buckton, A.A. Adeniyi, M. Saunders and A. Ambarkhane. (2006) Int. J. Pharm. 312, (1-2): 61-65

157) Investigation to find a suitable reference material for use as an inverse gas chromatography system suitability test
J. Stapley, G. Buckton and D. Merrifield.  (2006) Int. J. Pharm.  318,(1-2): 22-27

158) Solution calorimetry to monitor swelling and dissolution of polymers and polymer blends.
S. Conti, S. Gaisford, G. Buckton and U. Conte. (2006) Thermochica Acta, 450, (1-2): 56-60

159) Isothermal methods to investiage the structural relaxation of amorphous materials
R. Ramos, S. Gaisford and G. Buckton.  (2006)  J. Pharm. Pharmacol., 58, (1): A22-A22

160) Adjusting and understanding the properties and crystallisation behaviour of amorphous trehalose as a function of spray drying feed concentration
A. Moran and G. Buckton.  (2007) Int. J. Pharm. 343: 12-17

161) The use of isothermal titration calorimetry to assess the solubility enhancement of simvastatin by a range of surfactants
R. Patel, G. Buckton and S. Gaisford.  (2007) Thermochimica Acta,  456, (2): 106-113

162) The importance of surface energetics of powders for drug delivery and the establishment of inverse gas chromatography. G. Buckton and H. Gill.   (2007) Advanced Drug Delivery Reviews. 59, (14): 474-1479.

163) The role of solution calorimetry in investigating controlled-release processes from polymeric drug delivery systems.
S. Conti, S. Gaisford, G. Buckton, L. Maggi and U. Conte.  (2008) Eur. J. Pharm. Biopharm.; 68, (3): 795-801

164) Determination of outer layer and bulk dehydration kinetics of trehalose dihydrate using atomic force microscopy, gravimetric vapour sorption and near infrared spectroscopy.
M.D. Jones, A.E. Beezer and G. Buckton. J Pharm Sci. (2008). 97, (10): 4404-4415.

165) Moisture sorption and permeability characteristics of polymer films: Implications for their use as barrier coatings for solid dosage forms containing  hydrolyzable drug substances.
E. Mwesigwa, A.W. Basit and G. Buckton. J Pharm Sci. (2008), 97 , (10): 4433-4445.

166) Determination of the structural relaxation at the surface of amorphous solid dispersion using inverse gas chromatography.
S. Hasegawa, K.E. Peng and G. Buckton.  J Pharm Sci. (2009). 98 (6): 2133-9

167) Studies of the crystallisation of amorphous trehalose using simultaneous gravimetric vapor sorption/near IR (GVS/NIR) and "modulated" GVS/NIR
A. Moran and G. Buckton.  AAPS Pharm. Sci. Tech. (2009); 10 ,(1): 297-302.

168) Characterisation and aerosolisation of mannitol particles produced via confined liquid impinging jet.. Tang, H.K. Chan, H. Chiou, K. Ogawa, M.D. Jones, H. Adi, G. Buckton, R.K. Prud'homme, andJ.A. Raper. Int. J. Pharm. (2009) 367, (1-2): 51-7.

169) Anomalous properties of spray dried solid dispersions. H. Al-Obaidi, S. Brocchini and G Buckton .  J. Pharm. Sci. (2009). 98 (12): 4724-37.

170) Evaluation of griseofulvin binary and ternary solid dispersions with HPMCAS
H. Al-Obaidi and G. Buckton
AAPS PharmSciTech. (2009) 10 (4): 1172-7

171) The relationship between drug concentration, mixing time, blending order and ternary dry powder inhalation performance.
M.D. Jones, J.G. Santo, B. Yakub, M. Dennison, H. Master and G. Buckton.  Int. J. Pharm. (2010). 31;39 (1-2): 137-47.

172) Intermolecular bonding forces – where materials and process come together.  G. Buckton in Pharmaceutical Powder Compaction Technology, M. Celik (Ed), Informa, New York. pp 1-9. (2011) 1-8.

173) Characterisation and stability of ternary solid dispersions with PVP and PHPMA.  H. Al-Obaidi and G. Buckton (2011) Int. J. Pharm., 419, 20-17.

174) A carbamazepine-indomethacin (1:1) cocrystal produced by milling.
M. Majumder, G. Buckton, C. Rawlinson-Malone, A.C. Williams, M.J. Spillman, N. Shankland and K. Shankland.  (2011) Cryst. Eng. Comm. 13, 6327-6328.

175) Investigation of preparation methods on surface/bulk structural relaxation and glass fragility of amorphous solid dispersions P. Ke, H. Al-Obaidi, G.Buckton.  (2012).  Int J Pharm, 422, 170-178..

176) Do amorphous troglitazones prepared from two diastereomer-pairs have the same molecular mobility and crystallization rate at the surface? N. Furuyama, S.Hasegawa, S. Yada, T.Hamaura, N. Wakiyama, E.Yonemochi, K.Terada and G.Buckton.  (2012) Chem. Pharm. Bull, 59, 1452-1457.

177) Application of hydrogen-bond propensity calculations to an indomnethacin-nicotinamide (1:1) co-crystal.
M Majunder, G. Buckton, C.F. Rawlinson-Malome, A.C.Williams, M.J.Spillman, E. Pidcock and K.Shankland.  (2013) Cryst Eng Comm, 15, 4041-4044.

178) Theophylline cocrystals prepared by spray drying: physicochemical properties and aerosolization performance.  Alhalaweh, A., Kaialy, W., Buckton, G., Gill, H., Nokhodchi, A., Velega, S.P., AAPS PharmSciTech, (2013) 14, 265-276.

179) Measuring antibody coatings on gold nanoparticles by optical spectroscopy.
M Pollitt, S.Brocchini, G Buckton RSC Advances, (2015), 5, 24521-7

180) Nanoparticle agglomerates of indomethacin: the role of poloxamers and matrix formers  on aerosolisation efficiency.
M Malamatari, S. Somavarapu, M Bloxham, G Buckton, Int. J. Pharm. accepted.

181) Using DVS-NIR to assess the water sorption behaviour and stability of a griseofulvin/PVP K 30 solid dispersion.  Li.W, Buckton, G., Int. J. Pharm, accepted.

182) A new era of pulmonary delivery of nano-antimicrobial therapeutics to treat chronic pulmonary infections. Merchant,Z., Buckton,G., Taylor,K.M.G., Stapleton,P., Saleem,I.Y., Zariwala,M.G. and Somavarapu, S. accepted.

183) Solidification of nanosuspensions for the production of solid oral dosage forms and inhalable dry powders.  M. Malamatari, S. Sompavarapu, K Taylow and G Buckton.  Expert Opinion on Drug Delivery. Accepted

## 9) Abstracts and Book Reviews

1) Assessment of the wettability of pharmaceutical powders using  compressed discs.
G.Buckton and J.M.Newton, (1985), J. Pharm.Pharmacol., 37, 27P.

2)  An alternative approach to the study of the wettability of a  pharmaceutical powder.
G.Buckton, A.E.Beezer and J.M.Newton, (1986), Proc. 4th. Int.  Conf. Pharm. Tech., Paris.

3)  Problems of assessing the effect of a polymer surface coating    on the wetting of paracetamol.
T.C.Blair, G.Buckton and S.F.Bloomfield, (1986), J. Pharm.  Pharmacol., 38, 98P.

4) Water availability of Enterobacter cloacae contaminating  tablets stored at high relative humidities.
T.C.Blair, G.Buckton and S.F.Bloomfield, (1987), J. Pharm.  Pharmacol., 39, 125P.

5) Use of thermodynamic functions to describe the mechanisms of   drug release from a sustained release dosage form.
G.Buckton and M.R.Francis, (1987), J. Pharm. Pharmacol., 39, 132P.

6) Effect of particle size on the surface energetics of  pharmaceutical powders.
G.Buckton and A.E.Beezer, (1987), J. Pharm. Pharmacol., 39, 126P.

7) Drug Formulation, I. Racz.
Book review, (1990), Int. Pharm. J., 4, 108.

8) Pharmaceutical Thermal Analysis, J.L.Ford and P.Timmins.
Book review, (1990), Pharm. J., 244, 808.

9) Use of thermal methods for the characterisation of pharmaceuticals (report).
Pharm. J., 245 (1990) 183-184.

10) The effect of long term storage on the bleeding number and microscopical appearance of processed white soft paraffin.
J.H.King, G.Buckton and S.Poole, (1990), J. Pharm. Pharmacol. Suppl. 131P

11) Calorimetric studies of polymer solutions: studies of polymer phase transitions and binding to particles.
A.E.Beezer, N.Mitchard, B.Z.Chowdhry, S.Leharne and G.Buckton, (1990), Acta Pharmaceutica Nordica, 2, 295.

12) Physiological Pharmaceutics, C.Wilson and N.Washington.
Book review, (1990), Int. J. Pharm.

1)   Understanding experimental design and interpretation in pharmaceutics,
N.A.Armstrong and K.C.James., Book review, (1991), Int. J. Pharm., 73, 267.

14) The use of compensation analysis to study drug release mechanisms.
G. Buckton, M.Efentakis, H. Al-Hmoud, Intern. Symp. Control. Rel. Bioact.        Mater.,        18 (1991) 652-653.

15) QSAR studies of dissolution of barbituric acids
J.C.Dearden, S.J.A.Bradburne and G.Buckton, J. Pharm. Pharmacol., 1991, Suppl. 70P.

16) A relationship between surface free energy and polarity data, and some physical properties of spheroids.
J.F.Pinto, G.Buckton and J.M.Newton, Proc. APV Symposium, (1992), Eur. J. Pharm. Biopharm., 38, 21S.

17) The assessment of the wettability of pharmaceutical powders
G.Buckton, Invited contribution, American Chem. Soc., Symposium on Contact Angle, Adhesion and Wettability, San Francisco, April, 1992.

18) Analysis of bioadhesive carbopol gels using dielectric spectroscopy and oscillatory rheology
D.Q.M.Craig, S.Tamburic, G.Buckton and J.M.Newton, Proc. Int. Symp. Control. Rel. Bioact. Mater. 1992

19) The application of percolation theory to swelling studies on mixtures of two hydrophilic excipients.
E.Papadimitriuo, G.Buckton, M.Efentakis and N.Choulis, 12th Pharmaceutical Technology Conference, Elsinore, Denmark, 1993.

20) Probing the mechanisms of swelling of hydroxypropylmethylcellulose matrices.
E.Papadimitriuo, G.Buckton, M.Efentakis and N.Choulis, 12th Pharmaceutical Technology Conference, Elsinore, Denmark, 1993.

21) Diffusion and Relaxation mechanisms for drug release from different hydrophilic formulations.
E.Papadimitriou, M.Efentakis, N.Choulis and G.Buckton, 12th Pharmaceutical Technology Conference, Elsinore, Denmark, 1993.

22) Applications of isothermal microcalorimetry in the field of physical pharmacy.
G.Buckton, European Society of Thermal Analysis, Calorimetry, Thermodynamics and Chemical Reactivity, Symposium on Pharmacy and Thermal Analysis, Freiberg, Germany, March 1993.

23) Calorimetric studies of powder wettability
G.Buckton, European Society of Thermal Analysis, Calorimetry, Thermodynamics and Chemical Reactivity, Symposium on Pharmacy and Thermal Analysis, Freiberg, Germany, March 1993.

24) Comparison of two methods for the assessment of the wettability of pharmaceutical powders.
P.L.Sheridan, G.Buckton and D.E.Storey,    (1993), J. Pharm. Pharmacol., 45, 1097.

25) The relationship between wettability and molecular orbital indices.
P.L.Sheridan, G.Buckton and D.E.Storey, (1993), J. Pharm. Pharmacol, 45, 1149.

26) Surface energy determinations of powders for use in dry powder aerosol formulations.
A.Chawla, G.Buckton, K.M.G.Taylor, J.M.Newton and M.C.R.Johnson, British Pharmaceutical Conference, (1993), J. Pharm. Pharmacol., 45, 1148.

27) Investigations of the relationship between surface energy terms and the thermodynamics of transfer into sodium dodecyl sulphate micelles.
G.Buckton, S.Mall, T.Gregori and D.A.Rawlins. (1994) Proceedings of the 13th Pharmaceutical Technology Conference, Strasbourg, France, vol 2, pp289-298.

28) The use of microcalorimetry as a rapid method of assessing bacterial kill by ciprofloxacin.
I.Morrisey and G. Buckton. (1994)   Proceedings of the 13th Pharmaceutical Technology Conference, Strasbourg, France, vol 3, pp119-127.

29) The use of high sensitivity differential scanning calorimetry to characterise dilute aqueous dispersions of surfactants: Further studies on polyoxyethylene alkyl ethers.
G.Buckton, J.A.Armstrong, B.Z.Chowdhry, S.Leharne and A.E.Beezer, (1994), Proceedings of the 13th Pharmaceutical Technology Conference, Strasbourg, France, vol 3, pp 125-158.

30) Prediction of the surface properties of pharmaceutical powders from molecular structure.
P.L.Sheridan, G.Buckton, D.E.Storey, (1994),
Proceedings of the 13th Pharmaceutical Technology Conference, Strasbourg,    France, vol 2, pp 299-323.

31) Delivering pharmaceutical care
G.Buckton, Pharm. J., (1994), 252, 662.

32) Temperature dependence on the adsorption of poloxamer F108 to a model hydrophobic drug.
D.Carthew, G.Buckton, G.E.Parsons and S.Poole (1994) J. Pharm. Pharmacol., 46 (Suppl. 2), 1039.

33) Microcalorimetric study of crystallinity of spray dried salbutamol sulphate.
D.Greenleaf, G.Buckton, P.Darcy and P.Holbrook, AAPS Annual meeting, (1994), Pharm. Res., PT6085, S-152.

34) The effect of temperature on the adsorption of poloxamer P388 to the surface of three hydrophobic solids.
D.Carthew, G.Buckton, G.E.Parsons and S.Poole (1995) 14th Pharmaceutical Technology Conference, Barcelona, Vol. 3 pp50-62.

35) The use of isothermal microcalorimetry in studies on the influence of microcrystalline cellulose or magnesium stearate on the recrystallisation of amorphous spray dried lactose.
G.Buckton and P.Darcy (1995) 14th Pharmaceutical Technology Conference, Barcelona, Vol 3, pp63-75.

36) The use of isothermal microcalorimetry for studies of surfactant aggregation and surfactant - drug interaction in a non-polar fluid (a model inhalation aerosol system).
P. Blackett and G.Buckton (1995) 14th Pharmaceutical Technology Conference, Barcelona, Vol 3, pp122-133.

37) The use of gravimetric studies to assess the degree of crystallinity of predominantly crystalline powders.
G. Buckton and P.Darcy. 1st World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Budapest, May 1995, pp203-204.

38) Adsorption behaviour of a surfactant (oleic acid) onto salbutamol base and salbutamol sulphate in non-aqueous suspension.
P.Blackett and G.Buckton. 1st World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Budapest, May 1995 pp 603-604.

39) Dissolution behaviour of sulphonamides into sodium dodecyl sulphate micelles - a thermodynamic approach.
S.Mall, G.Buckton and D.A.Rawlins.  1st World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Budapest, May 1995 pp 32-33.

40) The use of isothermal microcalorimetry in the study of the amorphous content of a hydrophobic powder.
H.Ahmed, G.Buckton and D.A.Rawlins. 1st World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Budapest, May 1995, pp74-75.

41) Dissolution behaviour of sulphonamids into sodium dodecyl sulphate solutions
S.Mall, G.Buckton, D.A.Rawlins, British Pharmaceutical Conference, Warwick, (1995), J. Pharm. Pharmacol., 47, 1067.

42) The relationship between surface energy and tensile strength
P.L.Sheridan, G.Buckton and D.E.Storey, British Pharmaceutical Conference, Warwick, (1995), J. Pharm. Pharmacol., 47, 1067.

43) Dissolution behaviour of sulphonamides into sodium dodecyl sulphate micelles - a thermodynamic approach.
S.Mall, G.Buckton and D.A.Rawlins.  Symposium of Surfactants, Micelles and Microemulsions, University of Florida, August 1995.

44) Probing small amounts of amorphous content in crystals of a hydrophobic drug.
H.Ahmed, G. Buckton and D.A.Rawlins, AAPS 10th Annual Meeting, Miami Beach, November 1995 (PDD 7009) Pharm. Res., 12, S-195.

45) An overview of the uses of high sensitivity differential scanning calorimetry to characterise di-/triblock copolymers and polyoxyethylene alkyl ethers.
S.A.Leharne, B.Chowdhry, G.Buckton, A.E.Beezer and J.C.Mitchell.  2nd Symp. On Pharmacy and Thermal Analysis, University of Geneva, October 1995, A5.

46) Dissolution behaviour of sulponamides into sodium dodecyl sulphate micelles.
S.Mall, G.Buckton and D.A.Rawlins, AAPS 10th Annual Meeting, Miami Beach, November 1995 (PDD 7096). Pharm. Res., 12, S-216.

47) Surfactant Adsorption onto amorphous and crystalline salbutamol sulphate in model inhalation aerosols.
P.M.Blackett and G.Buckton. AAPS 10th Annual Meeting, Miami Beach, November 1995 (PDD 7382).  Pharm. Res., 12, S-288.

48) New insight into the behaviour of materials
G.Buckton, Asia Pharma. Mfrg. Show 1996 (An Express Pharma Pulse Special Edition) p 4.

49) The formation of an inclusion complex between methacarbamol and HP-beta-cyclodextrin: Structure determination, molecular modelling, solubility and dissolution rate studies.
E.Antoniadou-Vyza, M.Efentakis, G.Buckton and Y.Loukas. 15th Pharm. Tec. Conf., March 1996, Oxford, Vol 1. 466-475.

50) Water mobility in amorphous lactose below and close to the glass transition temperature.
P.Darcy and G.Buckton., 15th Pharm. Tec. Conf.  Oxford, March 1996, Vol 3. 128-133.

51) Comparison of wetting behaviour of theophylline and coffeine using various contact angle measurement methods and inverse gas chromatography.
J. Dove, G.Buckton and C.Doherty.  15th Pharm. Tec. Conf. Oxford, March 1996. Vol 3, 50-62.

52) Characterisation of adsorbed poloxamer surfactants
D.L.Carthew, G.Buckton, G.E.Parsons and S.Poole, Pharm. Res., (1996), 13 (Suppl.), PDD 7100, S-237.

53) The dynamic surface tension of HPMC film coating solutions
E.Ocha Machista and G.Buckton, Pharm. Res., (1996), 13 (Suppl.), PDD 7172, S-275.

54) Validation of humidity controlled experiments.
J.W.Dove, G.Buckton, J.Booth and C.Doherty.  Pharm. Res., (1996), 13, (Suppl) PDD 7481, S-369..

55) Calorimetric and gravimetric water sorption profiles of silicified microcrystalline cellulose (SMCC).
G.Buckton, P.Darcy and B.E.Sherwood. Pharm. Res., (1996) ,13,(Suppl) PT 6166, S-198.

56) Predicting interaction of powders in binary mixes from their surface energy components.

M.Ah Fat, G.Buckton, R.Burrows and M.Ticehurst, Pharm. Res., (1996), 13 ,(Suppl.), PDD7463, S-348.

57) A comparison between inverse gas chromatography and a novel Wilhelmy plate contact angle method in determining the surface properties of powders.
J.W.Dove, G.Buckton and C.Doherty, Pharm. Res., (1996),13 ,(Suppl.), PDD 7548, S-353.

58) An investigation into the interaction between poloxamers and liposomes.
J.Castille, K.Taylor and G.Buckton. Pharm. Res., (1996), 13, (Suppl.), PT6035, S-165.

59) An innovative technique for the measurement of contact angles of alpha-lactose monohydrate.
N.M.W.Ahfat, G.Buckton, R.Burrows, M.Ticehurst.  J. Pharm. Pharmacol., (1997),49 Suppl, 68.

60) The effect of relative humidity on milled and spray dried nedocramil sodium.
E.Y.Ampratwum, K.M.G.Taylor, G.Buckton, K.Chippendale and D.Y.T.Wong, J. Pharm. Pharmacol., (1997), 49 (Suppl), 80.

61) The influence of heating on water loss (drying) of collapsed amorphous lactose. P.Darcy and G.Buckton, J. Pharm. Pharmacol., (1997), 49 (Suppl.), 70.

62) Measurement of alterations in surface energy characteristics due to different drying processes.
J.W.Dove, G.Buckton and C.Doherty, (1997), 49 (Suppl.), 69.

63) Investigations into new salt forms of cemetidine. P.Patel, G. Buckton, D. Elder and D. Eggleston. AAPS Boston 1997.

64) Surfactant drug interactions. R. Patel, G. Buckton, D.A. Rawlins and D.E. Storey.  AAPS, Boston 1997.

65) Crystallization of ground and quenched ursodeoxycholic acid.  E.Yonemochi, G. Buckton, T.Oguchi and K.Yamamoto.  AAPS Boston 1997.

66) The effects of surfactant purity on the solubility and dissolution of a water insoluble drug. R. Patel, G. Buckton, D.A. Rawlins, and D.E. Storey.  AAPS Boston, 1997.

67) Moisture uptake and recrystallisation studies for bulk samples of partially amorphous lactose.  P. Darcy and G.Buckton. AAPS Boston, 1997.

68) Crystallisation of amorphous lactose at different temperatures and humidities. P. Darcy and G. Buckton. AAPS Boston 1997.

69) Thermodynamic characterisation of water sorpion in microcrystalline cellulose and silicified microcrystalline cellulose (SMCC) before and after wet granulation.  G.Buckton and P.Darcy, Pharm. Res.,14, S-199, 1997.

70) The use of NIR spectroscopy to study the difference between Emcocel and Prosolv SMCC before and after wet granulation.  17th Pharm. Tech. Conf. , Dublin, March 1998, Vol. 3, pp17-27.

71) Performance of moisture barrier film coatings.
M.Whiteman, M.P.Jordan and G.Buckton.  APGI/APV 2nd Wld. Meet. Pharm. Biopharm. Pharm.Tec., Paris, 25-28May 1998, 367-8

72) Near IR detection of change in form of amorphous and crystalline lactose.
E.Yonemochi, G.Buckton, J.Hammond and A.Moffat. APGI/APV 2nd Wld. Meet. Pharm. Biopharm. Pharm.Tec., Paris, 25-28May 1998, 13-14.

73) Physical characterisation of drugs and excipients.
G.Buckton.  J. Pharm. Parmacol., 50 (Suppl.), 60

74) The influence of poloxamer surfactants on the thermal pre-transition of DMPC and DPPC liposomes.
J.D.Castile, K.M.G.Taylor and G.Buckton. J. Pharm. Parmacol., 50 (Suppl.), 147.

75) The impact of feed temperature on the polymorphic content of spray dried lactose.
O.C.Chidavaenzi, G.Buckton and F.Koosha. J. Pharm. Parmacol., 50 (Suppl.), 184.

76) The physicochemical basis for enhanced drug absorption: calorimetric studies of drug-surfactant interactions.
R.Patel, G.Buckton, D.A.Rawlins and D.E.Storey. J. Pharm. Parmacol., 50 (Suppl.), 189.

77) Characterisation of microcrystalline cellulose and silicified microcrystalline cellulose.
G.Buckton, E. Yonemochi, W.Yoon and A. Moffat, Pharm. Sci., Suppl. 1998, 1 S-30.

78) Electrostatic charging of microcrystalline cellulose and silicified microcrystalline cellulose.
G.Buckton, A.Ghelani and R.Lane, Pharm. Sci., Suppl. 1998, 1 S-311.

79) Hygroscopicity of moisture  barrier film coatings.
G.Buckton, P.Darcy and M.Whiteman.  Pharm. Sci. Suppl., 1998, 1 S-445.

80) NIR spectroscopy of microcrystalline cellulose and colloidal silica as physical mixtures and as PROSOLV SMCC.
G.Buckton and E.Yonemochi.  Pharm. Sci. Suppl., 1998, 1 S-311.

81) Physicochemical characterisation of spray dried lactose prepared at different feed temperatures.
O.Chidavaenzi, G.Buckton and F.Koosha. Pharm. Sci. Suppl., 1998, 1 S-314

82) The impact of spray drying lactose in the presence of PEG 4000.
O.Chidavaenzi, G.Buckton and F.Koosha. Pharm. Sci. Suppl., 1998, 1 S-314

83) Interaction of poloxamer surfactants with hydrophobic surfaces.
S.Ali, G.Buckton and S.Mills.  Pharm. Sci. Suppl., 1998, 1 S-169.

84) Characterising amorphous and crystalline trehalose and raffinose: Near IR Studies.
E.Yonemochi, G.Buckton and A.Moffat., Pharm. Sci. Suppl., 1998, 1 S-404.

85) Adsorption of alkylpolyglycoside surfactants onto beclomethasone dipropionate.
A.Columbano, G.Buckton, M.Grosvenor and P.Wikeley, (1999) J. Pharm. Pharmacol., 51, 62

86) Modification of microparticle surfaces by use of alkylpolyglycoside surfactants.
A.Columbano, G.Buckton, M.Grosvenor and P.Wikeley (1999) J. Pharm. Pharmacol., 51, 1999, 337

87) Inverse gas chromatography on microparticles after adsorption of alkylpolyglycoside surfactants.
A.Columbano, G.Buckton and P.Wikeley, (1999) PharmSci Suppl., 1, 502 (abstract 3510)

88) Modification of the surface energy of spray dried salbutamol sulphate in the presence of alkylpolyglycoside surfactants.
A.Columbano, G.Buckton and P.Wikeley, (1999) PharmSci Suppl., 1, 503 (abstract 3511)

89) The novel combination of near infrared and dynamic vapour sorption gravimetric analysis to detect crystallisation in amorphous lactose.
R.A. Lane and G. Buckton, (1999) J.Pharm. Pharmacol., 51, 46.

90) The development of isothermal titration microcalorimetry to probe interactions in a complex surfactant/polymer system. G.Buckton. Proc. 54th Annual Calorimetry Conference, Tallahassee, Florida, August 1999.

91) Surface Properties of a-lactose monohydrate under Humidified Conditions.
H.E Newell, G. Buckton, D.A Butler and D.R. Williams (1999) American
Association of Pharmaceutical Scientists Annual Meeting, New Orleans.
Abstract 2348

92) The application of dynamic vapour sorption and near-infrared spectroscopy
in combination to quantify small amounts of amorphous lactose S. E. Hogan and G. Buckton, J. Pharm. Pharmacol. 2000, 52 (Supplement): 163.

93) Characterisation of maltodextrins using isothermal microcalorimetry
A. Shah, G. Buckton and S. Booth, J. Pharm. Pharmacol. 2000, 52 (Supplement)183

94) Characterisation of maltodextrins using isothermal microcalorimetry
A. Shah, G. Buckton and S. Booth
AAPS PharmSci Supplement, 2, 2000,ISSN 1522-0893

93) A comparison of Dynamic Vapour Sorption/Near Infrared Spectroscopy and
Solution Calorimetry to quantify low amorphous lactose contents
S.Hogan and G. Buckton
www.aapspharmaceutica.com/scientificjournals/pharmsci/am_abstracts/2000/1982.html

94) The use of Solution Calorimetry in assessing partially amorphous dry powder inhalation carriers, D. Al-hadithi, G. Buckton and S. Brocchini. (Oral Presentation), *6th International Conference on Pharmacy and Applied Physical Chemistry (PhandTA 6)*, Ascona, Switzerland, 2002.

95) Partially amorphous carriers in dry powder inhalation, D. Al-hadithi, G. Buckton, S. Brocchini, N. Lowther and D. Singh. *Respiratory Drug Delivery VIII*, Tuscon, Arizona, 2002.

96) The *in vitro* evaluation of modified lactose as a novel dry powder inhalation carrier, D. Al-hadithi, G. Buckton, S. Brocchini, N. Lowther and D. Singh.  *Abstracts from Drug Delivery to the Lungs XI. Journal of Aerosol Medicine*, 14 (1) 128, 2001.

97) Measurement of molecular mobility of molecules in amorphous state using enthalpy relaxation data measured by StepScan DSC, A.V. Ambarkhane, B. Stockton and G Buckton. BPC, Harrogate 2003.

98) Estimation of critical relative pressure of water (%cRH) for amorphous indomethacin using Isothermal microcalorimetry. A.V. Ambarkhane, B. Stockton and G. Buckton.  BPC, Harrogate 2003.

99) The use of inverse phase gas chromatography to study the glass transition temperature of a powder surface.  A.V. Ambarkhane, K. Pincott and G. Buckton.
BPC, Manchester 2004.

100) Calorimetric study of protein adsorption onto polystyrene latex
M.J. Pollitt, G. Buckton, H.O. Alpar, S. Brocchini
Presented at the 5th European Workshop on Particulate Systems, London, July 2004.

101) Estimation of glass transition of amorphous lactose by inverse gas chromatography.  A.V. Ambarkhane, K. Pincitt and G Buckton.
AAPS, Baltimore 2004.

102) In vitro deposition from a dry powder inhaler and its correlation with surface energy of amorphous fine particle surfaces
A.C. Oliveira, G. Buckton, E. Collins (need to check rest of names).  (2006) J. Pharm. Pharmacol., <u>58</u>, (1): A24-A24

103) A calorimetric investigation of hydrogel swelling and drug release
L. He, S. Gaisford, S. Conti (need to check rest of names).  (2006) J. Pharm. Pharmacol., <u>58</u>, (1):  A21-A22

104) In-situ process monitoring using calorimetry: Assessment of powder and tablet swelling
S. Gaisford, S. Conti and G Buckton.  (2006)  J. Pharm. Pharmacol., <u>58</u>, (1): A5-A5

105) The characterization and dissolution properties of griseofulvin solid dispersions with HPMCAS
H. Al-Obaidi and G. Buckton.  (2006)  J. Pharm. Pharmacol. , <u>58</u>, (1): A18-A19

106) Bridging polymeric excipients to stabilise amorphous dispersions
J. Fletcher, N. Wilson, G. Buckton, S. Broccini
Sent to Controlled Release Society Meeting

107) Spray dried alkaline phosphatase: variation of particle morphology
A. Khalid, G. Buckton, S. Brocchini
Sent to Controlled Release Society Meeting

108) Influence of the spray-drying concentration on the relaxation of an amorphous solid dispersion

H. Al-Obaidi, S. Brocchini, G. Buckton
BPC, 2007

109) Variation of dissolution rate of spray-dried solid dispersions from different solvents
H. Al-Obaidi, S. Brocchini, G. Buckton
BPC, 2007

110) Comparison of particle-particle interactions measured by atomic force microscopy and calculated from Hansen solubility parameters measured by inverse gas chromatography: preliminary report. In proceedings of Drug Delivery to the Lungs 18, Edinburgh, UK, pp. 180-83.
M.D. Jones and G. Buckton
The Aerosol Society, 2007

111) Solution calorimetry: A valuable technique to investigate properties of co-crystals.
M. Majumder, C. Rawlinson, A.C.Williams and G.Buckton.  BACG meeting, London July 2011.

112) Producing homogeneous co-crystals in solid state: Can solution calorimetry provide kinetic information?
M.Majumder, C.F.Rawlinson, A.C Williams and G.Buckton UKPharmSci, August 2011.

113) Surface properties and aerosolization behavior of anhydrous and cocrystal forms of theophylline.
A.Alhalaweh, G.Buckton and S.P.Velaga.  AAPS Annual Meeting, Washington DC, October 2011.

114) Mannitol as a co-milling agent for the preparation of theophylline inhalable particles.
M Malamatari, S Somavarapu, M Bloxhamn G. Buckton. Pharmaceutical Technology conference, Croatia. 2015.

115) Understanding nanoscale order in amorphous pharmaceuticals.
K.B.Borisenko, W., Li, G.Buckton, A,Stewart, A.I.Kirkland. ECM29 Croatia, 2015.

116) Conversion of nanosuspensions of dry powders by spray drying: a platform for the preparation of inhalation particles.
M.Malamatari, M.Bloxham, S.Somavarapu and G.Buckton, J Aerosol Med and Pulmonary Del. 28, A11, (21015).

## 10) Patents

Al-Hadithi, Buckton, Brocchini:  Derivatised Particulate Inhalation Carriers:  WO 03/094884

Al-Hadithi, Buckton, Brocchini: Particulate Inhalation Carriers: WO 02/45682

Fletcher, Buckton and Brocchini, Solid dispersions for oral drug release (filed January 2005)

(all lapsed)

Columbano, Buckton, Wickeley. Glycosides to stabilize inhalations granted patent

Patents granted from work at Pharmaterials Ltd for IntraCellular Therapeutics (but the text of which I have not been involved with and did not write) – US 61/838,105 :"Free base crystals" (2013) and WO 2014/205354

## 11) Research Supervision

PhD Research students supervised

T.C.Blair.  Some factors influencing the survival of microbial contaminants in solid oral dosage forms.   SERC award: 1986-1989.

N.Mitchard. The interactions of proteins and synthetic polymers with model hydrophobic drug carrier systems.  Funded by ADDR Ciba-Geigy: 1987-1990.

S.C.Forster. Changes in physical properties of an homologous series of solids. Funded by Glaxo Group Research: 1987- writing up.

S.Russell.  Title withheld.  Funded by The Wellcome Foundation: 1988-1991.

G.Parsons.  The use of surface energies to model the stability of non-aqueous suspensions.  SERC / CASE (Lilly Research Centre Ltd.): 1988-1991.

A.MacKellar.  Controlled crystallisation.   SERC / CASE (Beecham Pharmaceuticals): 1988-1991.

J.H.King. The effects of processing on the structure of ointments and creams.  Funded by The Wellcome Foundation: 1988-1991 (did not submit).

P.L.Sheridan.   The use of computer modelling to predict the surface energies, and behaviour of powders.  SERC / CASE (MSD): 1990-1993.

J.F.A.Pinto.   Development of novel controlled release products from pellets. Personal funding: 1990-1993.

S.Mall.   Surfactant interactions in solid dosage forms.   SERC / CASE (MSD) 1992-1995

D.Carthew. Stabilisation of microfine suspensions.  Wellcome Foundation Ltd.,    1992-1995.

H.Ahmed. The influence of processing on material properties. SERC/CASE (MSD), 1993-1996.

P.Darcy.  Studies on the amorphous form of lactose.  1994-1998 (part time)

P.Patel.  Crystal structure determination and physico-chemical characterisation of salt forms of drugs. SERC/CASE (SB) 1994-1997.

J.Dove. Molecular modelling, crystal structure determination and physico-chemical characterisation of a range of related drugs.  Roche Products. 1994-1997.

M.Ah-Fat.  Modelling of powder mixing (1995-1998)

R.Patel.  Drug - surfactant interations (1995-1998)

O.Chidavaenzi.  Understanding spray granulation (1995-1998)

S.Ali, Suspension stabilisation, Glaxo-Wellcome (1996-1999)

A.Shah, The influence of processing on powder crystallinity, MSD CASE (1997-2000)

A.Colombano, Physico-chemical characterisation of novel surfactants, Astra, (1998-2001)

S.Hogan, Stabilising protein formulation, RPSGB, (1998-2001)

L.Barriocanal, Surfactant-macromolecule interactions, School Millennium Studentship, (1999-2002).

M.Daifi, Spray drying processing, SB CASE award, (1998-2001)

C.Galligan, The influence of surface energy on mixing.  Pfizer, (1998-2001)

J.Guaquiere, Novel particles for inhaled delivery of proteins, (1998-2001)

R. M. Samra, Characterisation of Terfenedine and a model of hydrophobic amorphous Form of a drug and preparation and characterization of some of its derivatives, (part-time 1998-2003)

R.Viboonkiat, Stabilising amorphous solid dosage forms (1999-2002)

D. Al-Hadithi, Development of novel inhaled particles, Novartis (1999-2002)

A.   Moran, Solid state stability of macromolecular drugs, BBSRC, (2000-2003)

E. Beusang, Modification of the surfaces of microparticles for inhalation drug delivery, AsraZeneca (2001-2004)

L. Schueller, Dry powder inhalation: investigation of physical and chemical modifications of carrier on drug deposition, Novartis, (2001-2004)

E. Mwesisgwa, The Hygroscopicity of Moisture-Barrier Film Coatings, Commonwealth Scholarship (2001-2004)

K. Vora, Use of Dynamic Vapour Sorption Technique to Probe Surface Energies and Wettability of Powders, EPSRC CASE/GSK ((2001-2004)

J. Stapely, The application of inverse gas chromatography (part–time 2003 – 2007) GSK funded.

J. Fletcher,  Studies of dispersion of drugs in polymers (EPSRC 2001-2004)

A.  Khalid,  Studies of spray dried particles for stabilising proteins (EPSRC 2002-2005)

A.Ambarkhane, Investigating into predicting the long term physical stability of amorphous compounds, GSK/SOP (2002-2005)

M. Pollitt, (with Dr Brocchini and Prof Alpar)  Nasal delivery of proteins SOP, (2003-2006)

R. Ramos, The effect of milling process on crystalline drugs  ,  Schering Plough, (2003-2006)

C.V. Scaria, (with Dr Gaisford), Use of isothermal microcalorimetry for stability studies. SOP, (2003-2006)

V. Gohil, Micronised/Milled Materials and Wet Granulation, AstraZeneca, (2003-2006)

Z. Ding, Titration calorimetry to study surfactant interactions with drugs  (2003-2006)

L. He, Drug loading and release from hydrogels (2003-2006)

A.  Matos De Oliveira, Spray dried powders for dry powder inhalers, Pfizer (2004-2007)

H Al-Obaidi, Griseofulvin in Solid Dispersions, (2004-2007)

Peng Ke, self funding (2005-2008) Stability of amorphous dispersions.

K. Barck, Astra Zenecca, studies on pMDI inhalation systems (2005-2008)

WangJing Li  self funded (2010-2013).  Stability of amorphous dispersions.

M Malamataris (2013-2016) EPSRC DTC grant.  Engineering particles from nanoparticle association.


<u>Visiting scientists</u>

The following have worked in my laboratories:-

Dr L Zajic, University of Belgrade, Yugoslavia.; Dr M Efentakis, University of Athens, Greece; Dr L Oner, University of Hacettepe, Turkey; Dr M Angberg, University of Uppsala, Sweden; Mr C Tapia, University of Santiago, Chile; Dr S Tamburic, University of Belgrade, Yugoslavia; Dr E Papadimitriou, University of Athens, Greece; Ms T Gregori, University of Pavia, Italy; L Rousseau, University of Grenoble, France; V Ludet, University of Grenoble, France; Dr M Montagno Cappuccinello, Pharmacia Farmitalia, Italy; Dr M Rillosi, University of Pavia, Italy; Professor Ch'ng Hung Seng, Penang, Malaysia; Dr  E O Machiste, University of Pavia, Italy; Dr

E Yonemochi, Chiba University, Japan; Dr O Planinsek, University of Ljubljana, Slovenia; Dr M Ohta, Meiji Seika Kaisha Ltd, Japan; Dr M Ono, Daiichi Pharmaceutical Co. Ltd., Japan; Dr M Makoto Seiki Pharmaceuticals Japan,  Dr Susumu Hasegawa, Sankyo Co. Ltd., Japan.

**12) Invited and external lectures SINCE 2001**

1)  Plenary lecture at Krka award ceremony, Slovenia, January 2001

2) Research seminar Vectura Ltd, March 2001

3) Lecture at Swedish APS 4th International Symposium on Solid Dosage
 Forms, May 2001

4) Plenary lecture EUFEPS meeting on solid dosage forms, May 2001

5) Presentation at 29th Interpharm Research Conference, May 2001

6) RPSGB meeting - Physical stability testing lecture, May 2001

7) Seminar Petra University Jordan, May 2001

8) Management Forum speaker - Dry powder inhalers, powder properties,
 June 2001

9) Plenary lecture 1st World Conference on Inverse Phase Gas
   Chromatography, September 2001

10) Plenary speaker EUFEPS 10th Anniversary conference, September, 2001

11) Invited lecture at Technology Showcase, BPC, September 2001

12) Invited speaker, Drug delivery symposium, Edinburgh (Quintiles),
   September 2001

13) Management Forum - Physical form of excipients with regard
    registration, September 2001

14) Invited presentation at AAPS - Denver USA, October 2001

15) Invited seminar Bristol MS - New Jersey USA, October 2001

16) Six lectures to RPSGB Tabletting Course, November2001

17) RPSGB stability testing, April 2002

18) Seminar Strathclyde University, May 2002

19) Seminar Mahidol University, Bangkok, August 2002

20) Management Forum – Excipients -regulatory issues, September 2002
21) BPC – Presentation on Inverse Phase Gas Chromatography, September 2002.

22) Presentation at AAPS "Excipioeconomics" October 2002.

23) Schering Plough – New Jersey, Seminar – October 2002

24) RPSGB meeting on Tabletting Technology.  Series of lectures.  Cambridge,  November 2002.

25) IPEC Europe Seminar –  Plenary lecture Analytical Characterisation of Excipients, January 2003.

26) APS – Inhaled Delivery Symposium, session chair and discussion group leader.

27)  Materials Department, QMW University of London, seminar -  Physical properties of materials of importance for drug delivery, February 2003.

28) RPSGB - Stability Testing, Cambridge, April 2003.

29) Invited presentation to the London, Oxford and Cambridge joint show case of leading new biotech companies, for Pharmaterials Ltd.

30) Swedish APS – Presentation on Characterisation and quantification of amorphous content in excipients, September, 2003.

31) BPC – Science Conference Chairman, September 2003.

32) Management Forum Excipients Conference – Presentation on Physical Testing of Excipients to Ensure Functionality, London, September 2003.

33) Kings College London – Seminar on Physicochemical Characterisation of Importance for Drug Delivery. October 2003.

34) British Crystallographic Association Industrial Group, Invited lecture on Amorphous Materials, November 2003.

35) RPSGB – Course Director for meeting on Tabletting Technology. Cambridge, November 2003.

36) Management Forum –  Speaker on Physical impurities and their effect – London, February 2004.

37) RPSGB – Stability Testing, Cambridge, February 2004.

38) International Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology – Co-Chair and speaker Pharmaceutical materials to underpin Drug Delivery, Nuremberg, March 2004.

39) Interpharm Research Conference – IGC to determine the surface Tg of particles.  Chester. May 2004

40) Seminar at Bespak on Pharmaceutical Materials Science. July 2004

41) In-house training course on physical form – Sanofi-Aventis, September 2004

42) Hyper DSC and Inverse Gas Chromatography – British Pharmaceutical Conference Manchester, September 2004

43) Thermal methods to characterise the solid state – EDQM Quality on the Move: Dynamics of the European Pharmacopoeia.  Budapest, October 2004.

44) Workshop on the amorphous state (IQWPC) – Frankfurt, October 2004

45) Symposium to mark the retirement of Henning Kristenson, Copenhagen, October 2004.

46) Web cast organised by Perkin Elmer-  Applications of Hyper DSC November 2004

47) Seminar – Materials Properties to underpin Drug Delivery, Astra Zeneca, Wilmington USA November 2004.

48) RPSGB Tabletting Technology, series of lectures, November 2004

49) Training conference on Poorly Soluble Drugs – series of lectures, London November 2004

50) Physical characterisation of materials and the significance for drug delivery - Plenary lecture to Korean Pharmaceutical Conference November 2004

51) Pharmaceutical materials science. Chuncheon University, Korea November 2004

52) Physical form and its significance for drug delivery.  Active Biotech, Lund Sweden, December 2004

53) Surface properties of powders, determination and application (2 lectures) AAPS Arden House, Harriman NY, January 2005.

54) Amorphous materials – where are we now and where will we go?  APSGB Amorphous Materials, London February 2005.

55) Physical impurities.  Management Forum, Barcelona, March 2005

56) Hyper DSC, Seminar to global Pfizer sites through video conference, March 2005

57) Solid dispersions and the amorphous state.  Arden House Conference, London, March 2005

57) Inverse gas chromatography.  Arden House Conference, London March 2005

58) Inverse gas chromatography. Novartis Pharma, Basle, April 2005

59) Respiratory Drug Delivery Europe, Amorphous content control – Feasible test methods and specifications for inhaled drug products. Paris, May 2005 (Plenary)

60) Amorphous content control – a review of test methods GSK Ware in house seminar. July 2005.

61) Pharmaterials four years on.  BPC Technology Showcase, Manchester, September 2005.

62) Physical characterization for product development.  Dr Reddy's, Hyderabad, India, August 2005.

63) Amorphous Materials – detection, quantification removal and stabilization.  IRR Optimising Polymorph Selectionand Crystallisation Processes.  London 22-25[th] November (also meeting Chairman for the entire event). London, 22-25 November 2005

64) RPSGB Tabletting Technology – series of lectures.  November 2005

65) Importance of Physical Form for Product Development and Life Cycle Management – Japan, December 2005

66) London Technology Network – London, January 2006

67) Stability Testing – Characterising Materials With Respect to Physical Stability – Cambridge, February 2006.

68) Management Forum – The Impact of Small Physico-Chemical 'Impurities' on Product Performance – Barcelona, March 2006.

69) Pharma IQ Polymorphism & Crystallisation 2006 – Amorphous Behaviour Workshop, London, March 2006.

70) TAC – Thermal Methods for Process Induced Disorder - London, April 2006.

71) IWPPCAS-1 – Presented talk and chaired session – Stamford, May 2006.

72) Amorphous Meeting –  Ran and delivered programme for 2 day training course, London, 7 June 2006

73) European Continuing Education College – Formulation and Development for Poorly Water Soluble Drugs – London, June 2006.

73) Impurities Meeting IPC – Effectively Overcoming the Consequences of Polymorphism in the Production of Your APIs – London, June 2006.

74) Webcast on the use of Hyper DSC 12 October

75) Poorly Soluble Drugs – Ran and delivered a two day course.  London 18/19 October 2006

76) AAPS Short Course.  "Compatability starts at the interface" at AAPS Annual Conference Venue 29 October 2006

77) Amorphous materials course.  Ran and delivered a 2 day course.  Copenhagen 16 / 17 November 2006.

78) RPSGB Tabletting Technology.  Delivered a series of lectures.  27 November 2006

79) JPAG "Functionality testing of excipients and APIs" London 7 December 2006

80) 7th Int. Symp. On Drug Delivery.  CRS Indian Chapter, Mumbai, 13 February 2007.  Plenary lecture.

81) Poorly soluble drugs course, European Continuing Education College, London 19 March 2007 (3 hour lectures)

82) JPAG meeting "Characterisation of Amorphous Materials"  London, 22 March 2007

83) APS Inhalation "Problem solving and decision making in inhaled drug delivery"  27th March 2007 Bath.

84) Astra Zeneca symposium on poorly soluble drug substances.  Loughborough 29 March 2007.  "Advances in amorphous formulations".

85) Management Forum "The impact of small physico-chemical impurities on product performance".  Nice, 27 April 2007.

86) NATAS , Michigan, 26/27 August 2007

Presented 2 short courses, one plenary lecture and co-hosted session on Pharmacy:

"Isothermal, solution and titration calorimetry
to study pharmaceutical systems" Short course

"Hyper DSC and its potential" Short course

"Characterising the amorphous state" Plenary Lecture

87) Management Forum "The impact of small physico-chemical impurities on product performance".  Nice, 5 October 2007

88) Pharmaceutical Training Services – Amorphous Conference.  London,11/12 October 2007

89) Society for Pharmaceutical Medicine "Changes in drug delivery over 20 years".  London, 25 October 2007

90) RPSGB, Tabletting Technology – presented the following courses:

 "A review of the reasons for granulation and tabletting, the classes of excipients and principles of operation of tabletting machines"

"Material Properties of Importance for Tabletting (I) and (II)"

"A Brief Introduction to Modified Release"

Cambridge, 19 November 2007

91)  Seminar at Boehringer Ingleheim, January 2008

92)  3rd SAB Meeting, Mumbai, 22-25 Feb 2008, 'Physical Form and its Significance for Drug Delivery',

93)  FMC Florida, 27-29 Feb

94)  APS Amorphous Conference, Bath, 18/19 March 2008, 'The Future of Amorphous Materials'

95)  Impurities Conference, - 'The Impact of Small Physico-Chemical "Impurities" on Product Performance', Nice, 10/11 April 2008

96)  Colourcon,'Poorly Soluble Drug Formulation', 30 April 2008

97)  AAIPS, Washington, 8 May 2008

98) Interpharm,  'New Trends in the Pharmaceutical & Regulatory Sciences' , 3-6 May 2008

99)  Cambridge Seminar, 3 June 2008

100) Pharma Event – ASSA International Workshop - 'Particle Characterisation' – July 2008

101) Informa Life Sciences meeting - Crystal Form Selection and Crystallisation of API - 'Choosing an amorphous phase over a crystalline phase',  Brussels, 14 October 2008

102) Colorcon Formulation School, Germany, 6 November 2008

103)  ECEC Course – Formulation and Development of Poorly Water-Soluble Drugs - 'Solid dose strategies for poorly water soluble drugs', London, 11 November 2008

104) Colorcon Formulation School, Budapest, 12 November 2008

105) RPSGB, Tabletting Technology –   series of lectures.  24 November 2008

106) Drug Delivery to the Lungs – 'Academic/Industry/Spin out Interactions – Drivers for Inhalation Innovation', Edinburgh, 11 December 2008

107) 4TH Scientific Advisory Board Meeting – seminar given on 'Amorphous Pharmaceuticals', Mumbai, 23 February 2009.

108) Controlled Release Society (CRS) Indian Chapter – lecture given on 'Amorphous Pharmaceuticals', Mumbai, 25 February 2009.

109) Interpharm (Chairman of meeting) The challenges facing pharmaceutical science in the UK.  Careys Manor 13-15 May 2009.

110) Management Forum Impurties meeting, Series of lectures, Nice, 25-26 June 2009.

111) Workshop on Inhalation, Informa Life Sciences, London 21 Sept 2009.

112) Compiling a physic-chemical profile (for inhalation products) Informa, London, 22 Sept 2009.

113) Short course in poorly soluble drug formulation, Teva, Israel, 25-26 November 2009.

114) Solid dispersions: Ideal if the formulation and process are right.  APS Amorphous 2010. Nottingham 14[h] April 2010.

115)  Interpharm 2010 (Chairman of Meeting), talk "Ordered Chaos".  Careys Manor, Hampshire, May 2010.

116) Characterisation of amorphous dispersions.  Informa Meeting Slovenia, 18th May 2010.

117) Finding the optimum polymorph strategy.  Bio2Business, Copenhagen, 17th June 2010.

118) Amorphous pharmaceuticals.  Visiongain.  London.  24th January 2011.

119) Series of 3 lectures on physical form, testing methodology and excipient compatibility. Impurities.  Management Forum, London 10th June 2011.

120) Early formulations: selecting a strategy to achieve fast to man.  Bio2Business London, 20th Sept 2011.

121) A strategy for formulation of poorly soluble APIs.  AAPS Annual Meeting., Washington DC. 25th Oct 2011.

122) RPSGB Tableting Technology – series of 5 lectures, November 2011 London

123) RPSGB Tableting Technology – series of 5 lectures, November 2012 London

124) Poorly soluble drug delivery – Society for Medicines Research, London, October 2012.

125) Thermal studies of physical form – Thermal Methods Conference, Hertfordshire, November 2012.

126) Update on physical form.  Allergan, California, June 21013.

127) RPSGB Tableting Technology – series of 5 lectures, November 2013 London

128) Interpharm conference – Overview presentation – May 2014, Midlands, UK

129) Update on poorly soluble drug delivery.  Allergan, California, June 2014

130) RPSGB Tableting Technology – series of 5 lectures, November 2014 London

131) RPSGB Tableting Technology – series of 5 lectures, November 2015 London

**13) Expert witness**

I list below the cases which have progressed to trial or public hearing in which I have assisted as an expert witness. I have underlined the company for which I was retained.

1) UK written evidence, settled at court – GSK v <u>Generics UK</u>. Paroxitene hydrate form. [2001]

2) Deposition USA – GSK v <u>Teva</u>. Rosiglitazone maleate salt form. [2007]

3) Dublin, court testimony. GSK v <u>Norton Healthcare (Teva)</u>. Seretide inhalation formulation patent. [2009] IEHC 277 – Dublin.

4) UK  court testimony.  <u>Schering Plough</u> v Norbrook. Sustained release veterinary product [2005] EWHC 2532 (Ch) – London

5) Deposition USA – December 2009.  <u>Duramed</u> v Paddock.  Sustained release tablet formulation.

6) Sweden 2010 – written declaration.  Cepahalon v <u>Orifarm</u>.  Modafinil formulation (particle size).Odense, Denmark, December 2010. Infringement hearing.  Cephalon v <u>Orifarm</u>.  Modafinil formulation patent.  UK report – preliminary injunction. 2011. Cephalon v Orifarm / Orchid / Mylan (Generics UK).  Modafinil formulation patent.  Danish Appeal Court testimony - September 2011,  Cephalon v <u>Orifarm</u>.  Modafinil formulation patent.

UK court testimony – May 2011. Cephalon v <u>Mylan</u>(Generics UK) / Orchid. Modafinil formulation patent.

7) UK court testimony – February 2011.  Schering (Bayer) v <u>Gedeon Richter</u>.  Oral contraceptive (drospirenone and ethinyl estradiol) tablet formulation.

8) US court testimony – June 2011 Valeant v <u>Watson</u>.  Bupropian HBr salt patent (deposition in December 2010)

9 ) Deposition USA – October 2011, Warner Chilcott v <u>Mylan.</u>  Doryx formulation. Court testimony February 2012, Warner Chilcott v Mylan.  Dorxy formulation (stabilizing coat patent).  Newark, New Jersey.

10) Deposition May 2013, <u>Par</u> v Novartis, Rivastigmine transdermal patch.  New York. And also Deposition in same case in August 2013 and April 2014.  Trial testimony in the same case May 2014 in Wilmington Dellaware.

11) Deposition Oct 2013, <u>Mylan</u> (Lupin) v Janssen, Darunavir tablets. Chicago. USA.

12) Deposition August 2014, <u>Watson</u> (Actiavis) v Sepracor (Sunovion), Levalbuterol tartrate MDI. Washington DC.  Trial in same case November 2014 Willmington Dellaware.

13) UK Court testimony.  <u>Teva</u> v Boehringer Ingelheim.  Tiotropium bromide inhalation capsules. July 2015.  Norway court testimony on the same case March 2016.

14) Deposition July 2015.  <u>Apotex  (consolidated with Sandoz, Alembic, Zydus, Intas and Hetero)</u> v Otsuka Aripiprazole low hygroscopicity forms.  Follow up deposition Washington DC, Sept 2015, same case.  Testimony at the Markman hearing in Camden New Jersey, October 2015.

15) Deposition July 2015 Rufinamide polymorphs.  <u>Roxane, Mylan, Lupin</u> v Novartis. Deposition.

16) Deposition October 2015 <u>Perrigo</u> v AstraZeneca, Esomeprazole trihydrate claim construction.

17) Trial testimony, February 2016, Bayer v <u>Cobalt.</u>  Drospirenone / ethinyl estradiol tablet. Toronto, Canada.

18) UK Court testimony, June 2016, <u>Actavis / Teva / Mylan / Actelion</u> v ICOS / Lilly.  Tadalafil particle size formulation patent.

19) Deposition July 2016, Mylan v Noven, Methylphenadate transdermal patch claim construction.